Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, JOSHUA WHITE, Forest Supervisor, Colville National Forest, CARIN VADALA, Newport-Sullivan Lake District Ranger, U.S. Forest Service.<br><br>Defendants. | Case No. 2:24-cv-00157-RLP<br><br>**APPENDIX ISO MOTION FOR SUMMARY JUDGMENT**<br><br>5/5/2025 at 1:30 p.m.<br>With Oral Argument |

# TABLE OF CONTENTS

**Figure 1.** Comparison of pre-2020 LAUs with new mapped lynx range .......... **A1**

**Table 1**. Summary of 2020 changes to Colville Forest LAUs and lynx habitat ...**A2**

**Figure 2.** Land ownership in the Trails Project Area........................................ **A3**

**Figure 3.** Areas in the Trails Project Area marked for commercial and non-commercial logging and burning, including first three timber sales .................. **A4**

**Figure 4.** Commercial logging and treatments in southern Project Area........... **A5**

**Figure 5.** Project Area roads with proposed permanent and temporary roads...................................................................................**A6**

**Figure 6.** Pre-Project road system, showing potentially undriveable roads..........**A7**

**Figure 7.** Project Area new lynx range compared to pre-2020 LAUs ..............**A8**

**Table 2.** Changes to HRV by vegetation type and structure stage in Skookum Creek watershed.................................................................................. **A9**

**Figure 8.** GBMUs and BORZ areas bordering the Project Area........................ **A10**

**Figure 9.** Road construction planned near LeClerc GBMU..............................**A11**

**Figure 10.** Overlap of grizzly-occupied range with Project Area .......................**A12**

**Figure 11.** Proposed logging in Northern Goshawk habitat.............................**A13**

**Figure 12.** Level 4 ecoregion map for region including the Colville Forest....**A14**

**Figure 1.** *Comparison of pre-2020 LAUs with new mapped lynx range.*



Source: AR 6326 (Figure 2).

**Table 1**. *Summary of 2020 changes to Colville Forest LAUs and lynx habitat.*

| Mountain Range | LAU area | Lynx Habitat Parameter | Date of Lynx Map 1993-2020 | Date of Lynx Map 2020- | Difference |
|---|---|---|---|---|---|
| Selkirks | Secondary | Number of LAUs | 22 | NA | LAUs no longer defined |
| | | Total Acres | 351,734 | 158,815 | - 192,919 |
| | | Acres of Primary Habitat | 120,781[1] | 103,116 | -17,665 |
| Kettles (Wedge) | Core | Number of LAUs | 3 | 3 | NA |
| | | Total Acres | 44,399 | 44,399 | NA |
| | | Acres of Primary Habitat | 864 | 864 | NA |
| Kettles | Core | Number of LAUs | 12 | 9 | - 3 |
| | | Total Acres | 218,125 | 193,649 | - 24,476 |
| | | Acres of Primary Habitat | 111,891 | 120,898 | + 9,007 |
| Okanogan Highlands | Peripheral | Number of LAUs | 3 | NA | LAUs no longer defined |
| | | Total Acres | 30,829 | 23,784 | - 7,045 |
| | | Acres of Primary Habitat | 7,584 | 10,097 | + 2,513 |

Source: AR 6324 (Table 2).

**Figure 2.** *Land ownership in the Trails Project Area.*



Source: AR 856 (Figure1).

APPENDIX    A-3

**Figure 3.** *Areas in the Trails Project marked for commercial and non-commercial logging and burning, including first three timber sales.*



Sources: GIS data as mapped in AR 4835 (Figure 1), AR 4304 (Figure 3), AR 4305 (Figure 4), AR 4303 (Figure 2).

APPENDIX          A-4          ANIMAL & EARTH ADVOCATES, PLLC
20520 105TH AVE. SW
VASHON, WA 98070
206.601.8476  FAX: 206.456.5191

**Figure 4**. *Commercial logging and treatments in southern Project Area.*



Source: AR 343 (A-4 Maps).

**Figure 5**. *Project Area roads with proposed permanent and temporary roads.*



Sources: AR 4835 (Figure 1) and open-source GIS data from WADNR Active Roads: http://data-wadnr.opendata.arcgis.com/datasets/bfdb0455c3b24aa6ae-46c9502f814c25_5/explore?location=48.589851%2C-117.192361%2C11.86

APPENDIX                A-6                ANIMAL & EARTH ADVOCATES, PLLC
20520 105TH AVE. SW
VASHON, WA 98070
206.601.8476  FAX: 206.456.5191

**Figure 6.** *Pre-Project road system, showing potentially undrivable roads.*



Source: AR 1931.

**Figure 7.** *Project Area new lynx range compared to pre-2020 LAUs.*



Sources: AR 4835 (Figure 1), AR 341 (Map A-2), AR 342 (Map A-3), AR 343 (Map A-4), AR 6326 (Figure 2), GIS source data from https://data.fs.usda.gov/geodata/edw/datasets.php (search keyword "Roadless areas: 2001 roadless").

**Table 2.** *Changes to HRV by vegetation type and structure stage in Skookum Creek watershed.*

| Vegetation Type | | Early | Mid Open | Mid Closed | Late Open | Late Closed |
|---|---|---|---|---|---|---|
| Douglas-fir dry | Current (%) | 7 | 13 | 55 | 2 | 23 |
| | Post-Harvest (%) | 7 | 38 | 30 | 8 | 17 |
| | Historic (%) | 6-16 | 2-8 | 4-13 | 38-78 | 1-32 |
| Northern Rocky Mountain Mixed Conifer | Current (%) | 8 | 4 | 64 | 1 | 23 |
| | Post-Harvest (%) | 8 | 36 | 32 | 1 | 23 |
| | Historic (%) | 9-25 | 1-3 | 18-30 | 4-6 | 44-60 |
| Western Redcedar / Western Hemlock | Current (%) | 3 | 4 | 59 | <1.0 | 34 |
| | Post-Harvest (%) | 3 | 32 | 31 | 0 | 34 |
| | Historic (%) | 4-24 | 0 | 7-27 | 0 | 55-83 |
| Subalpine fir / Lodgepole pine | Current (%) | 31 | 27 | 37 | <1.0 | 5 |
| | Post-Harvest (%) | 31 | 45 | 19 | 2 | 2 |
| | Historic (%) | 45-65 | 0 | 33-53 | 0 | 3 |
| Spruce / Subalpine fir | Current (%) | 11 | 8 | 73 | <1.0 | 8 |
| | Post-Harvest (%) | 11 | 46 | 35 | 2 | 6 |
| | Historic (%) | 14-46 | 0 | 13-41 | 0 | 29-57 |

Source: AR 1237 (Table 20).

**Figure 8.** *GBMUs and BORZ areas bordering the Project Area.*



Sources: AR 4835 (Figure 1), AR 341 (Map A-2), AR 342 (Map A-3), AR 343 (Map A-4), and GIS data from: https://data.fs.usda.gov/geodata/edw/datasets.php (search keyword "Roadless areas: 2001 roadless").

APPENDIX  A-10  ANIMAL & EARTH ADVOCATES, PLLC
20520 105TH AVE. SW
VASHON, WA 98070
206.601.8476  FAX: 206.456.5191

**Figure 9.** *Road construction planned near LeClerc GBMU.*



Source: AR 4835 (Figure 1), AR 341 (Map A-2), AR 342 (Map A-3), AR 343 (Map A-4), Project GIS data available at https://www.fs.usda.gov/project/colville/?project=54315 ("Comment EA: Draft Proposed Action-GIS-data-October 2020.zip"); Open Source GIS data from WDNR: https://data-wadnr.opendata.arcgis.com/datasets/bfdb0455c3b24aa6ae4-6c9502f814c25_5/explore?location=46.679362%2C-120.749700%2C6.73

**Figure 10.** *Overlap of grizzly-occupied range with Project Area.*



Sources: AR 4835 (Figure 1), AR 341 (Map A-2), AR 342 (Map A-3), AR 343 (Map A-4), AR 4616 (Figure 1), and open source GIS data from the USFWS available at https://www.fws.gov/species/grizzly-bear-ursus-arctos-horribilis/map and https://www.fws.gov/media/grizzly-bear-may-be-present-map-updated-62322.

**Figure 11.** *Proposed logging in Northern Goshawk habitat.*



Sources: AR 12718, AR 4835 (Figure 1).

**Figure 12**. *Level 4 ecoregion map for region including the Colville Forest.*



Source: Open source GIS data from the Environmental Protection Agency:
https://www.epa.gov/eco-research/ecoregion-download-files-state-region-10#pane-45EPA

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 11, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/EMF system, which will send notification of this filing to all counsel of record.

*s/ Claire Loebs Davis*
Claire Loebs Davis