Claire Loebs Davis, WSBA #39812
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiff, <br><br> v. <br><br> U.S. FOREST SERVICE, JOSHUA WHITE, Forest Supervisor, Colville National Forest, CARIN VADALA, Newport-Sullivan Lake District Ranger, U.S. Forest Service. <br><br> Defendants. | Case No. 2:24-cv-00157-RLP <br><br> **EXHIBIT 2** <br><br> Boulder Park Ecological Restoration Project Environmental Assessment <br><br> **With Oral Argument 5/5/2025 at 1:30 p.m.** |

1    Attached as Exhibit 2 is a true and correct copy of the U.S. Forest Service

2    final environmental assessment for the Boulder Park Ecological Restoration

3    Project, issued August 2019 by the District Ranger for the Newport Ranger

4    District, Colville National Forest. This document is publicly available at

5    https://www.fs.usda.gov/project/?project=52276&exp=overview (located in the

6    Objection folder, which is in the Analysis folder, which is in the Project Overview

7    folder).

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23



**United States Department of Agriculture**

# Boulder Park Ecological Restoration Project
## Environmental Assessment





**Forest Service**          **Colville National Forest**          **Newport Ranger District**   **August 2019**

**For More Information Contact:**

Gayne Sears
District Ranger
Newport-Sullivan Lake Ranger Districts
315 N. Warren Ave.
Newport, WA 99156
509-447-7300
gsears@fs.fed.us

In accordance with Federal civil rights law and U.S. Department of Agriculture (USDA) civil rights regulations and policies, the USDA, its Agencies, offices, and employees, and institutions participating in or administering USDA programs are prohibited from discriminating based on race, color, national origin, religion, sex, gender identity (including gender expression), sexual orientation, disability, age, marital status, family/parental status, income derived from a public assistance program, political beliefs, or reprisal or retaliation for prior civil rights activity, in any program or activity conducted or funded by USDA (not all bases apply to all programs). Remedies and complaint filing deadlines vary by program or incident.

Persons with disabilities who require alternative means of communication for program information (e.g., Braille, large print, audiotape, American Sign Language, etc.) should contact the responsible Agency or USDA's TARGET Center at (202) 720-2600 (voice and TTY) or contact USDA through the Federal Relay Service at (800) 877-8339. Additionally, program information may be made available in languages other than English.

To file a program discrimination complaint, complete the USDA Program Discrimination Complaint Form, AD-3027, found online at http://www.ascr.usda.gov/complaint_filing_cust.html and at any USDA office or write a letter addressed to USDA and provide in the letter all of the information requested in the form. To request a copy of the complaint form, call (866) 632-9992. Submit your completed form or letter to USDA by: (1) mail: U.S. Department of Agriculture, Office of the Assistant Secretary for Civil Rights, 1400 Independence Avenue, SW, Washington, D.C. 20250-9410; (2) fax: (202) 690-7442; or (3) email: program.intake@usda.gov.

USDA is an equal opportunity provider, employer and lender.

# Contents

1. Introduction ........................................................................................................................... 1

   1.1 Location of the Proposed Project Area ........................................................................... 1

   1.2 Purpose and Need for the Proposal ................................................................................ 1

   1.3 Management Direction ................................................................................................... 3

      1.3.1 Management Areas ............................................................................................... 3

      1.3.2 Travel Analysis ................................................................................................... 4

2. Proposed Action .................................................................................................................. 4

   2.1 Proposed Action ............................................................................................................ 4

   2.2 Design Elements for the Proposed Action ..................................................................... 8

   2.3 Monitoring ................................................................................................................... 12

3. Environmental Impacts of the Proposed Action ................................................................ 12

   3.1 Biological Factors ....................................................................................................... 13

      3.1.1 Fire, Fuels and Forest Vegetation ..................................................................... 13

      3.1.2 Fish, Wildlife, and Botany ................................................................................ 24

      3.1.3 Invasive Plants .................................................................................................. 36

      3.1.4 Range ................................................................................................................. 37

   3.2 Physical Factors .......................................................................................................... 38

      3.2.1 Watershed Function ........................................................................................... 38

      3.2.2 Riparian Condition ............................................................................................ 44

      3.2.3 Road Density ..................................................................................................... 48

      3.2.4 Habitat Fragmentation - Physical barriers and impaired culverts ..................... 50

      3.2.5 Soil ................................................................................................................... 51

   3.3 Social and Economic ................................................................................................... 52

      3.3.1 Heritage Resources ........................................................................................... 52

      3.3.2 Special Uses and Minerals ................................................................................ 52

      3.3.3 Economic Health ............................................................................................... 53

      3.3.4 Recreation ......................................................................................................... 54

   3.4 Past, present, and reasonably foreseeable actions ....................................................... 56

   3.5 Consistency with Laws and Requirements Imposed for Environmental Protection ...... 57

      3.5.1 Clean Air Act and Washington State Clean Air Act .......................................... 57

      3.5.2 Clean Water Act ................................................................................................ 57

      3.5.3 Endangered Species Act .................................................................................... 57

      3.5.4 National Forest Management Act ....................................................................... 57

      3.5.5 Roadless Area Conservation Rule ...................................................................... 58

      3.5.6 National Historic Preservation Act .................................................................... 58

3.5.7 Non-native Invasive Species (Executive Order 13112) ................................................ 58

3.5.8 Flood Plains and Wetlands (Executive Orders 11988 and 11990) ............................. 58

3.5.9 Land Use (prime farm or rangeland) .......................................................................... 58

3.5.10 Effects on Consumers, Minority Groups, Women, Civil Rights, and Environmental Justice . 58

4. Agencies and Persons Consulted ............................................................................................ 59

4.1 Federal, State, and Local Agencies .................................................................................. 59

4.2 Tribes ............................................................................................................................... 59

4.3 Others .............................................................................................................................. 59

## List of Tables

Table 1. Forest plan management areas ......................................................................................... 3

Table 2. Proposed vegetation management designed to improve resiliency of vegetation to potential disturbances and move the forest toward its historical range of variability ................................... 5

Table 3. Proposed road and trail management activities designed to move toward a more sustainable road system and improve watershed condition ........................................................................................ 6

Table 4. Proposed aquatic and terrestrial habitat improvements designed to improve watershed health, decrease sedimentation, increase habitat connectivity and complexity, and stream function ..................... 7

Table 5. Roads proposed for closure or decommissioning ............................................................ 7

Table 6. Proposed action design elements .................................................................................... 8

Table 7. Existing and estimated future conditions by indicator for the proposed action ............... 13

Table 8. Structure class definitions based on canopy cover and diameter at breast height ........... 14

Table 9. Tacoma Creek subwatershed, changes to historical range of variation by vegetation type and structure stage. ............................................................................................................................. 17

Table 10. Cusick Creek catchment, changes to historical range of variation by vegetation type and structure stage. ............................................................................................................................. 17

Table 11. Fire and fuels resource indicators and measures for the proposed action ..................... 21

Table 12. Comparison of project alternatives in relation to wildlife issues or topics .................... 25

Table 13. Summary of effects to threatened and endangered species .......................................... 26

Table 14. Summary of effects to sensitive species ...................................................................... 29

Table 15. Miles of road and road density in Tacoma Creek subwatershed and Cusick Creek catchment .. 49

Table 16. Miles of road and road density in RHCAs in Tacoma Creek subwatershed and Cusick Creek catchment ..................................................................................................................................... 50

Table 17. Stream crossings in Tacoma Creek subwatershed and Cusick Creek catchment ........... 50

Table 18. Watershed Condition Framework of condition rating for aquatic organism physical barriers ... 50

Table 19. Financial Summary for Timber Sale and Fuels Treatments .......................................... 53

## List of Figures

Figure 1. Vicinity map .................................................................................................................. 2

# 1. Introduction

The Forest Service is proposing ecological restoration activities on the Newport-Sullivan Lake Ranger Districts of the Colville National Forest. Proposed activities include vegetation and fuels treatments, watershed and aquatic restoration treatments, sustainable management and maintenance of the National Forest System (NFS) road system, and maintenance and reconstruction of an existing multi-use trail system.

This environmental assessment (EA) was prepared to determine whether the effects of the proposed activities may be significant enough to prepare an environmental impact statement. This analysis is focused on measurement indicators connected to the purpose and need. Additionally, analysis was completed for other resources to help determine if effects from the proposed action would be significant. The preparation of this EA fulfills agency policy and direction to comply with the National Environmental Policy Act (NEPA). See chapter 2 for more details of the proposed action.

## 1.1 Location of the Proposed Project Area

The project area consists of approximately 32,165 acres[1] within the Tacoma Creek and Cusick Creek subwatersheds, of which approximately 26,247 acres are NFS lands. The elevation of the area ranges from about 2,000 feet to 6,800 feet near Calispell Peak. Primary access to the project area is from County Road 2441 (Cusick Creek), County Road 2389 (Tacoma Creek), County Road 2489 (Ruby Creek) and State Highway 20. See Figure 1 for a map of the project area.

## 1.2 Purpose and Need for the Proposal

In general, the purpose of this project is multi-faceted and includes improving forest resiliency, watershed function, and contributing to local economic health and stability and was developed to meet the desired future condition of forest plan management areas. The proposed action addresses the following needs:

- There is a need for trending forest stands toward the historical range of variation for structure, patch size, tree species composition, and distribution. The intent would be to make the landscape more resilient and compatible with characteristic disturbance processes such as wildland fire, insects, and diseases, and provide habitat diversity for wildlife.

- There is a need to improve stream habitat connectivity and provide quality pool habitat for bull trout and westslope cutthroat trout. There is a need to remove or relocate road segments that are impacting riparian habitats and water quality.

- There is a need to move deer winter range closer to forest plan objectives for cover and forage habitat. There is a need to reduce the high open road densities in the project area to improve seclusion for big game and for rare species such as grizzly bears and wolverines.

- There is a need to support the local economic health by offering commercially viable timber sales and other forest restoration work connected to this project.

---

[1] All acres were rounded to the nearest acre.



**Figure 1. Vicinity map**

- There is a need to provide a transportation system within the Tacoma Creek and Cusick Creek Watersheds that facilitates land management activities (e.g., vegetation management, recreation, monitoring), while protecting water quality, wildlife habitat and other resources.

- There is a need to improve the Batey-Bould Motorcycle Trail to increase user safety and protect soil and water resources.

Background information supporting the need for the proposal can be found in specialist reports in the project record and incorporated by reference and available in the project file at the Newport-Sullivan Lake Ranger Districts office in Newport, WA, or at the following location: https://www.fs.usda.gov/projects/colville/landmanagement/projects.

# 1.3 Management Direction

The Colville National Forest Land and Resource Management Plan (forest plan) as amended is the guiding management direction for the Boulder Park Ecological Restoration Project. This EA incorporates the forest plan by reference and is tiered to the forest plan's final environmental impact statement (USDA Forest Service 1988).

## 1.3.1 Management Areas

Management direction for each management area (MA) is provided by the forest plan, which describes the goals, objectives, standards, guidelines, and management prescriptions (forest plan chapter 4). The emphasis of each MA within the project area is listed in Table 1. No federal actions are proposed on any non-NFS lands. Travel analysis of the project area to determine the sustainable road system needed for safe and efficient travel and administration, utilization, and protection of NFS lands follows 36 CFR 212 subpart B guidance.

**Table 1. Forest plan management areas**

| Management Area | Management Emphasis | Acres | Percent of Project Area |
|---|---|---|---|
| MA-1 | Old growth dependent species habitat | 1,662 | 5% |
| MA-3A | Recreation | 1,137 | 4% |
| MA-5 | Scenic/timber | 5,903 | 18% |
| MA-6 | Scenic/winter range | 3,864 | 12% |
| MA-7 | Wood/forage | 10,950 | 34% |
| MA-8 | Winter range | 2,731 | 9% |
| Private / State | Timber Production | 5,918 | 18% |
| **Total** | | **32,165** | **100%** |

The effort to revise the Colville National Forest Land and Resource Management Plan began in 2003[2]. The Colville National Forest issued its draft environmental impact statement and forest plan in February 2016. To meet the project's purpose and need, the Colville National Forest reviewed both the existing

---

[2] Current information about the Colville National Forest plan revision is available at the following website: https://www.fs.usda.gov/detail/colville/landmanagement/planning/?cid=stelprd3824594

forest plan (1988, as amended) and the revised plan currently under development. This project is in compliance with the existing forest plan. The proposed revised forest plan addresses similar conditions and management actions as the existing plan. The actions described in this EA are consistent with the direction that is currently being evaluated within the revised plan.

### 1.3.2 Travel Analysis

Travel Analysis was conducted following Forest Service Manual 7710.3 and Forest Service Handbook 7709.55 direction to identify opportunities for the national forest transportation system to meet current and future management objectives, and to provide information that allows integration of ecological, social, and economic concerns into future decisions.

The project area contains over 195 miles of National Forest System, non-system, and state and county roads, the majority of which were designed for timber harvest and removal. Although many of these roads have been closed to motorized access, due to vegetative re-growth and earthen berms, the existing road prisms provide an excellent opportunity to facilitate proposed management activities.

# 2. Proposed Action

As this project was developed working closely with our local collaboration group (Northeast Washington Forestry Coalition), members of the public, local Tribes and county leaders, a single proposed action was developed for the Boulder Park Ecological Restoration Project. This section outlines project design elements that have been built into the proposed action to ensure compliance with forest plan standards and guidelines, laws, regulations and other policies. It also includes design elements that are designed to minimize potential resource impacts by the project.

The interdisciplinary team considered a no new roads alternative in response to public scoping comments. Such an alternative would differ from the proposed action by having no new road construction or temporary road construction. During analysis of the road system the team determined that without the addition of some new and temporary road construction the proposed restoration treatments, about 2,000 acres (20 percent) of the proposed action commercial treatments and associated fuel treatments, would not take place. Upon review, the responsible official determined this alternative would not manage vegetation conditions to increase resiliency to disturbances or improve watershed function and aquatic systems, which is part of the purpose and need for this project. A no new roads alternative would respond to some of the needs discussed in section 1.2, but would not meet the purpose identified for the Boulder Park Ecological Restoration project and, therefore, was not analyzed in detail.

## 2.1 Proposed Action

An Interdisciplinary Team (IDT) identified opportunities for actions in the Boulder Park Ecological Restoration Project area and presented them to a collaborative group including the Kalispel Tribe, Northeast Washington Forestry Coalition (NEWFC), Pend Oreille County Commissioners, and off-highway vehicle (OHV) group representatives at meetings in January and July of 2018. A map of the proposed action can be found in appendix B-page 3. Meeting notes and public comments were considered by the responsible official and IDT and used to develop this proposed action. Table 2, table 3, and table 4 present a summary of the proposed treatments. Table 5 provides a list of roads proposed for closure or decommissioning post project. A total of 10,125 acres within the project area would be treated. Multiple treatments would occur over some of the acreages.

**Table 2. Proposed vegetation management designed to improve resiliency of vegetation to potential disturbances and move the forest toward its historical range of variability**

| PROPOSED ACTIONS | | |
|---|---|---|
| **Commercial Timber Harvest** | **Total[1] Acres** | **Description** |
| Shelterwood | 4,480 | Harvest all trees except about 12-25 trees per acre. Generally, retain the largest, most vigorous trees of the most desirable species for the site. |
| Commercial thin | 4,480 | Thin out stands focusing on removing the suppressed and less vigorous appearing trees with the smallest crowns (a "thin from below"). Increase the growing space for the largest and most vigorous appearing trees. |
| Group selection | 50 | Remove all trees in groups up to 5 acres in size. Use this treatment where trees have a reduced growth rate or where lodgepole pine dominates. |
| Total harvest acres | 9,010 | Two logging systems would be used during commercial timber harvest activities. Ground-based activities would occur over 8,820 acres[2]. Skyline activities would occur over the remaining 190 acres[3]. |
| **Noncommercial Vegetation Treatments** | **Total Acres** | **Description** |
| Pre-commercial thin | 430 | Thin seedling to small pole-sized trees (typically < 7.0 inches in diameter at breast height [DBH]) to a set spacing (typically 12 feet), and by species priority. Stems and branches would be left on site to decompose naturally. |
| Prune western white pine | 5 | Remove the lower branches (up to about 5 feet) of sapling to small pole-sized trees to reduce the potential for blister rust infection. |
| Release whitebark pine | 5 | Remove sapling to small pole-sized trees within 15 feet of whitebark pine trees growing on Olson Peak to reduce competition for site resources for this rare tree species. This is specific to Unit 204. |
| Plant trees | 5,850 | Re-establish trees in 4,480 acres of openings created through timber harvest. Inter-plant trees on 500 acres where insects and disease have caused overstory mortality. Plant up to 800 acres of stream corridors to increase shading and for long-term large woody material recruitment. Plant up to 70 acres of decommissioned roads and closed road entrances. |
| Fall whips | 9,000 | Remove undesirable seedling to small pole-sized trees in areas of timber harvest operations, to release desirable regeneration, enhance huckleberry patches or both. |
| Release aspen | 15 | Mechanically remove competing conifers from within existing aspen clones. Rejuvenate aspen clones using prescribed fire and cut-and-leave methods to stimulate sprouting, seeding or both. Reduce livestock browsing of young aspen sprouts with fencing or natural barriers. |
| Control invasive weeds | 325 | Spray herbicides to control weeds on roads / road shoulders, in meadows, landings, and skid trails. In riparian areas, hand pull weeds or treat with herbicides appropriate for use near waters. |
| Total non-commercial treatments | 15,630 | |
| **Fuels Treatments** | **Total Acres** | **Description** |
| Under-burn within harvest units | 3,610 | Use prescribed fire to reduce logging slash, remove undesirable regeneration, promote the growth of fire-adapted tree species, and rejuvenate grasses and desirable browse species for wildlife. |
| Under-burn outside harvest units | 2,450 | Use prescribed fire to reduce the risk of uncharacteristic wildfires. The intent would be to reduce surface fuels, stand understories and fuel ladders; raise the |

| PROPOSED ACTIONS | | |
|---|---|---|
| | | live crowns of overstory trees; promote the growth of fire-adapted tree species; and rejuvenate grasses and desirable browse species for wildlife. |
| Masticate shrubs and small trees | 660 | Use a machine with a masticating head to break up shrubs and small trees into small pieces and scatter the material on the forest floor. This method is used on steeper slopes or in dense residual stands where under-burning or machine piling are not feasible. |
| Pile logging slash (machine or by hand) | 5,250 | Reduce fuel loading associated with logging slash that is in excess of large woody material and soil productivity objectives. Piles are often burned. |
| Total fuels treatments | 11,970 | |

[1]All treatment acres have been rounded up to the nearest 5 acres

[2]Cut trees with chainsaws or with tree shearing equipment. Drag trees to a landing site using track-mounted or rubber tire skidders. This method is usually used on slopes less than 40 percent. Yarding (skidding) distances are generally less than ¼ mile. Skid trails are usually 100 - 130 feet apart in the harvest unit.

[3]Move cut trees to a landing using a suspended cable attached to a mobile tower parked on a road. This method is generally used on slopes > 40 percent. Yarding of logs can be uphill or downhill. Yarding distances are generally 1,200 feet or less. Cable corridors are usually 100 feet apart in the harvest unit. Trees are usually cut with chain saws or rarely, with tree-shearing equipment.

**Table 3. Proposed road and trail management activities designed to move toward a more sustainable road system and improve watershed condition**

| Proposed Road Work | Length (miles) | Description |
|---|---|---|
| Build new system roads | 11 | Roads constructed for project activities would be closed and hydrologically stabilized for future land management activities. Roads would be closed using a variety of methods (e.g., gating, berming, rock placement). |
| Build new temporary roads and restore the area after use. | 13 | Construct temporary roads to access project activities. Restore the area after project activities are complete using any or all of the following actions<br>• recontouring the existing road bed to match the adjacent topography,<br>• removing culverts or other stream channel crossing structures,<br>• seeding or planting trees or both,<br>• soil decompaction, and<br>• placement of down woody material or rocks |
| Close existing open roads | 12 | Close to public (motorized) use with gates or other means. For those roads which access NFS lands only, replace gates with earthen berms / boulders installed on the road entrance, post-project.<br>This action would reduce the high road densities in the project area, thereby reducing road maintenance costs and improving seclusion for big game and other wildlife. |
| Decommission existing roads | 25 | Remove from the National Forest System 22 miles of roads currently closed and 3 miles currently open using the same methods as described above under build new temporary roads. |
| Net change in **open** road miles | -14 | Change in forest system road miles open for highway-legal vehicle use. |
| **Batey-Bould Motorcycle Trail** | | **Description** |

| Bridge Reconstruction or Replacement | ≥3 | Reconstruct or replace 3 or more bridges as safety concerns are identified (e.g., rotting structures, stream blockages) following aquatic, cultural and botany clearances. |
| Trail Relocation | | Sections of trail exhibiting unacceptable resource impacts (e.g., deep rutting, unauthorized reroutes) may be rerouted up to 75 feet from the existing trail following cultural and botany clearances. The abandoned section of the trail would be restored. |

The existing Tacoma Creek rock pit would be used for this project and no new rock pit development or expansion would be required.

**Table 4. Proposed aquatic and terrestrial habitat improvements designed to improve watershed health, decrease sedimentation, increase habitat connectivity and complexity, and stream function**

| Proposed Aquatic / Watershed Restoration Treatments | Units | Description |
| --- | --- | --- |
| Place large woody material in streams | 845 acres | Within thinning units in streamside RHCAs, utilize cut trees to create large woody material structures in the streams (includes acres for large woody material placement and instream habitat improvement). Wood harvested from units 72 and 95 are identified for instream restoration and habitat improvement projects within Cusick Creek, Seattle City Light projects, or other streams to be identified later. |
| Remove or replace culverts | 26 structures | Improve aquatic organism passage in streams (e.g., removing or up-grading culverts). |
| Restore instream channel function | 15 acres | May include any or all of the following actions: Remove unauthorized stream crossing structures Remove bridge abutments in Tacoma Creek Remove or modify crib dam (e.g., mechanical or explosive methods) Stabilize, re-contour or re-vegetate stream banks |

**Table 5. Roads proposed for closure or decommissioning**

| Road Number | Proposed Action | Miles | Road Number | Proposed Action | Miles |
| --- | --- | --- | --- | --- | --- |
| 2600007 | Decommission | 0.27 | 2600311 | Decommission | 0.55 |
| 2600016 | Decommission | 0.11 | 2600312 | Decommission | 0.16 |
| 2600030 | Decommission | 2.62 | 2600320 | Close | 0.79 |
| 2600145 | Close | 0.05 | 2600325 | Decommission | 0.10 |
| 2600145 | Decommission | 0.62 | 2600335 | Decommission | 0.17 |
| 2600146 | Decommission | 0.17 | 2600341 | Decommission | 0.15 |
| 2600148 | Decommission | 1.22 | 2600345 | Decommission | 0.67 |
| 2600149 | Decommission | 0.26 | 2600363 | Decommission | 1.11 |
| 2600151 | Decommission | 0.39 | 2600450 | Decommission | 0.94 |
| 2600156 | Close | 0.05 | 2600475 | Close | 1.29 |
| 2600190 | Decommission | 0.66 | 2600505 | Decommission | 0.34 |
| 2600195 | Decommission | 0.33 | 2600510 | Decommission | 0.19 |
| 2600265 | Decommission | 0.81 | 2600520 | Decommission | 0.32 |
| 2600290 | Decommission | 0.25 | 2600627 | Decommission | 0.30 |

| Road Number | Proposed Action | Miles |
|---|---|---|
| 2600630 | Decommission | 0.95 |
| 2600640 | Close | 2.19 |
| 2600647 | Close | 0.03 |
| 2615441 | Decommission | 0.18 |
| 2615451 | Decommission | 0.48 |
| 2615451 | Decommission | 0.27 |
| 2615453 | Decommission | 0.18 |
| 2615454 | Decommission | 0.21 |
| 2615500 | Decommission | 0.84 |
| 2615520 | Decommission | 0.34 |
| 2615525 | Close | 0.29 |
| 2700019 | Close | 0.07 |
| 2700285 | Decommission | 0.31 |
| 3100002 | Decommission | 0.22 |
| 3100007 | Decommission | 0.06 |
| 3100009 | Decommission | 0.91 |
| 3100436 | Decommission | 1.11 |
| 3116045 | Decommission | 0.35 |
| 3128000 | Close | 0.30 |
| 3128005 | Decommission | 0.14 |

| Road Number | Proposed Action | Miles |
|---|---|---|
| 3128020 | Close | 0.32 |
| 3128032 | Decommission | 0.65 |
| 3128070 | Decommission | 0.07 |
| 3128076 | Decommission | 0.25 |
| 3128078 | Decommission | 0.63 |
| 3128080 | Decommission | 0.09 |
| 3128085 | Close | 1.39 |
| 3128090 | Decommission | 0.05 |
| 3128105 | Decommission | 0.28 |
| 3128106 | Decommission | 0.49 |
| 3128110 | Decommission | 0.36 |
| 3128120 | Decommission | 0.36 |
| 3128439 | Close | 1.05 |
| 9521010 | Decommission | 0.18 |
| 9521010 | Decommission | 0.08 |
| 9521022 | Close | 0.13 |
| 9521022 | Decommission | 0.42 |
| 9521040 | Decommission | 0.99 |
| 9521045 | Close | 3.96 |

## 2.2 Design Elements for the Proposed Action

The design elements listed in Table 6 are specific to this project. Standard practices that would also apply to project implementation, are in Appendix A-Standard Practices.

**Table 6. Proposed action design elements**

| No. | Resource | Design Element | Locations - Units/Roads |
|---|---|---|---|
| 1 | Silviculture | Protect all select trees within the project area during road construction, road reconstruction, and other proposed activities. Remove or modify both the ground and ladder fuels adjacent to the select tree to increase the potential of survival in the event of a wildfire or during site prep burn activities. Do not remove soil or drive equipment within 20 feet of select trees in order to protect the roots. | Harvest units: 1, 3, 4, 9, 10, 25, 26, 30, 31, 34, 39, 45, 56, 57, 59, 63, 65, 73, 77, 81, 82, 83, 84, 96, 97, 98, 108, 112, 115, 210<br><br>Fuels Unit A. |
| 2 | Silviculture | Where the opportunity exists, maintain hiding cover along open road segments lying adjacent to newly created openings by retaining strips / patches of shrubs, and seedling / sapling / pole-sized trees. | Harvest units: 4, 10, 18, 20, 21, 23, 30, 37, 38, 40, 41, 48, 51, 61, 63, 66, 69, 76, 77, 83, 84, 86, 87, 89, 90, 94, 96, 97, 98, 99, 100, 109 |

| No. | Resource | Design Element | Locations - Units/Roads |
|---|---|---|---|
| | | To the extent feasible, maintain this cover during post-harvest activities. Hiding cover is defined as vegetation or topography that is capable of hiding 90 percent of an elk at a distance of 200 feet. *(wildlife)* | |
| 3 | Hydrology | Limit crossing of stream channels within the following units to dry channel conditions (e.g., during seasonally dry conditions). This criterion may be modified following consultation with the district hydrologist and approved by the district ranger. | Harvest units: 9, 18, 38, 43, 49, 54, 58, 70, 77, 80, 81, 88, 91, and 109. |
| 4 | Hydrology | Access would require a physical structure (e.g., temporary bridge, culvert, other similar structure) to cross the perennial stream bordering the unit. | Harvest unit: 43 |
| 5 | Sensitive Plants | Ground disturbance would be avoided within 150 feet of known stalked moonwort *(Botrychium pedunculosum)*, adder's tongue *(Ophioglossum pusillum)*, and black snake-root *(Sanicula marilandica)* populations. | Harvest units: 6, 7, and 63. |
| 6 | Fire/Fuels | Where the risk of bark beetle spread is low, leave up to 10 percent of machine piles unburned, preferably away from roads and in wet / low lying areas. Ideally, retained piles would consist of at least 3-5 layers of larger (9-14 inch) logs crisscrossed, or lain lengthwise in triangular groupings of 3 logs. Cover the top with a few layers (about 2-3 feet) of branches and other small material. *(wildlife)* | Harvest units: 1-7, 9, 10, 12-17, 19, 20, 21, 23, 50, 52, 54, 61, 63 - 66, 68, 69, 73 - 94, 96 - 98, 106-110 |
| 7 | Special Uses (United States Air Force Survival School) | Coordinate development of vegetation management prescriptions within the Parker Lake Closure Area and the identified core area with the Air Force liaison. | Harvest units: 1-4, 7-12, 14-16, 19-28, 30-46, 48-55, 57, 58, 73, 206, 209, 210 Fuels units: A, B, C |
| 8 | Recreation | Prohibit operations that would require snow plowing or interfering with groomed snowmobile routes from December 1 through March 31. Exceptions would be coordinated with the district recreation specialist, area groomer council and approved by the district ranger on a case-by-case basis. Press releases, signing, traffic control measures and other mitigation measures would be required prior to use of these routes. | Harvest units: 30, 31, 34-36, 45, 46, 52 54, 58, 61, 63-66, 68, 69, 72, 73, 75, 92, 94, 96-99, 106, 204 |

| No. | Resource | Design Element | Locations - Units/Roads |
|---|---|---|---|
| 9 | Recreation | Minimize use of the Batey-Bould Motorcycle Trail for hauling or skidding materials. Those portions of the trail used for hauling or skidding of materials would be returned as closely as possible to single track trail condition as soon as possible following project activities. | Harvest units: 61, 64, 70, 81-84, 86, 87, 89, 91-94, 96, 97, 200 |
| 10 | Recreation | Where possible temporary or new system roads paralleling the Batey-Bould system would be constructed no closer than 150 feet from the trail. | Harvest units: 79, 81, 87, 88, 96 |
| 11 | Recreation | Where possible keep landings a minimum of 150 feet from the Batey-Bould Trail system. | Harvest units: 61, 64, 70, 81-84, 86, 87, 89, 91-94, 96, 97, 200. |
| 12 | Recreation | Due to the number of units impacting the trail system, harvesting of the units would need to be scheduled in such a manner to provide for the minimum amount of disturbance to trail users. Examples include:<br>• winter logging only, or<br>• winter log only and priority log<br>• close trail system and require priority logging and include as one sale to limit impact | Harvest units: 61, 64, 70, 81-84, 86, 87, 89, 91-94, 96, 97, 200. |
| 13 | Wildlife | Reduce impacts to wintering big game by restricting timber sale operations that occur in the winter (December 1 to March 31) **EITHER** to units that would be serviced by the Tacoma Creek Road, **OR** to units that would be serviced by the Cusick Creek or Gardiner Creek Roads, in a given winter. | |
| 14 | Wildlife | During the life of the project, prohibit unauthorized vehicle access on selected NFS existing roads by installing gates. Stimson Lumber Company has agreed to this action for two roads which access their property: 9521045 and 2600640. | NFS Roads: 2600320, 2600475, 2600640, 2615525, 3128020, 3128085, 3128140, 3128439, and 9521045 |
| 15 | Wildlife | Post project, effectively close six road entrances which access NFS lands only through a variety of methods (e.g., boulders, slash, or berms). Spread grass seed on any exposed soils, and plant shrubs and trees on road entrances. | NFS Roads: 2600320, 2600475, 2615525, 3128020, 3128140, and 3128439 |
| 16 | Wildlife | lynx habitat components - Promote future den habitat by retaining all healthy subalpine fir and Engelmann spruce trees at higher-elevations | Harvest units: 106, 107, 108 |

| No. | Resource | Design Element | Locations - Units/Roads |
|-----|----------|----------------|-------------------------|
| 17 | Wildlife | Wetlands - Maintain no-cut buffers within 50 feet of all wetlands. | Harvest units: 5, 6, 10, 13, 21, 24, 26, 28, 30, 35, 37, 40, 42, 43, 48, 51, 58, 69, 71, 72, 73, 78, 84, 88, 89, 96 |
| 18 | Wildlife | Wetlands - For wetlands larger than 1 acre, maintain at least 100 square feet of residual tree basal area from the 50-foot no-cut buffer out to 150 feet. Promote hardwoods or shade-tolerant conifers where they exist within this area. | Harvest units: 5, 26, 40, 42, 43, 58, 69, 71, 73, 77, 84, 88, 89 (See wetland buffer map - available in project record) |
| 19 | Wildlife | Winter range cover - On deer winter ranges, maintain patches of cover that are a minimum of 3 acres in size and spaced no further than 600 feet apart. Cover patches should consist of evergreen trees that are 40+ feet tall with 60+ percent crown closure | Harvest units: 1, 2, 4, 5, 7, 8, 9, 12, 13, 15, 18, 19, 20, 21, 25, 26, 28, 33, 34, 35, 36, 37, 38, 39, 40, 41, 45, 46, 54 (See deer winter range map - available in project record) |
| 20 | Wildlife | Bat roost protection - Do not complete harvest operations within 0.25 mile of abandoned mines from September 15 to May 15 to avoid disturbance to bats at potential hibernacula. Do not use or allow prescribed fire if an internal survey indicates that bats are present in abandoned mines. The intent would be to avoid heat and smoke effects to roosting bats. | Harvest units: 8, 9, 10 (Cusick Creek Mine) and 16, 17, 19 (Silver King Mine) |
| 21 | Wildlife | Active goshawk nest protection - Project activities would not be conducted from March 1 to August 31 within 0.25 mile of nest stands active within the last 5 years. | Harvest units: 91, 92, 94, 201 (Boulder Mtn. nest)<br><br>50 (Little Tacoma Creek nest)<br><br>18 (Gardiner Creek nest) |
| 22 | Wildlife | Where the risk of bark beetle spread is low, leave up to 10 percent of machine piles unburned, preferably away from roads and in wet / low lying areas. Ideally, retained piles would consist of at least 3-5 layers of larger (9-14 inch) logs crisscrossed, or lain lengthwise in triangular groupings of 3 logs. Cover the top with a few layers (about 2-3 feet) of branches and other small material. | Harvest units: 1-7, 9, 10, 12-17, 19-21, 23, 50, 52,54, 61, 63-66, 69, 73-94, 96-98, 106-110 |
| 23 | Habitat Restoration - after harvest Wildlife | Within potential lynx den stands, provide micro-sites of concealing cover for lynx and other wildlife. Pile at least 3-5 layers of larger (9-14 inch) down logs crisscrossed or lain lengthwise in triangular groupings of 3 logs. Cover the top with a few layers (about 2-3 feet) of branches and other small material. This action would occur outside of any harvest unit but within the project area. | |
| 24 | Special Uses | Permit holders would be contacted prior to project activities and | Unit 8 (T. 35 N., R. 43 E., Section 3 W.M.) |

| No. | Resource | Design Element | Locations - Units/Roads |
|-----|----------|----------------|-------------------------|
|  |  | provided time to identify improvements in the field. Identified improvements would be avoided through the establishment of buffers prior to fuel reduction activities. |  |
| 25 | Special Uses | Road maintenance work associated with timber haul roads should be done in such a way as to avoid impacting buried telephone lines, power lines, or other improvements not owned by the FS. Improvements should be identified on timber sale maps. | Fuels Unit D (T. 35 N., R. 43 E., Section 1 W.M.)<br><br>County roads 2389, 2373, (T. 35 N., R. 43 E., Sections 21, 22, 27, 28 W.M.) |

## 2.3 Monitoring

The activities described below would be taken during and following the proposed actions to determine if treatments follow the proposed actions, incorporate design criteria, meet the purpose and need, and are effective.

- Road Closures - Road closures would be monitored annually for up to five years to determine the effectiveness of the closures. If monitoring reveals the closure is ineffective additional steps (e.g., different road block, placement of additional logs and boulders) would be taken to increase the effectiveness.

- Goshawk Nests - The three known goshawk nests in the project area would be monitored in an attempt to determine whether timber harvest in the post-fledging areas (PFAs) affects nest stand re-occupancy.

- Road systems, landings, fuel breaks, gaps, and other disturbed areas would be monitored annually for invasive plants for up to five years following road construction.

- Post-harvest reviews would be conducted within one to three years following treatments to determine if harvest met the objectives of silvicultural prescriptions and if any changes to the fuels activities, site preparation for planting, or reforestation are needed.

- Survival surveys in plantations would be conducted the first and third year following harvest to ensure the unit is fully stocked with seedlings.

# 3. Environmental Impacts of the Proposed Action

This section summarizes the biological, physical, and social environments of the affected project area and the potential changes to those environments due to implementation of the proposed action. The potential effects of the proposed action are evaluated within the context of relevant past, present, and reasonably foreseeable future actions in the project area listed in section 3.4. The potential effects of these actions in combination with the potential effects of the proposed action are referred to as "cumulative effects," which are integrated into the analyses below. In preparing the analyses, the Forest Service IDT reviewed and considered the most relevant and current scientific data available. Section 3.5 describes the consistency of the proposed action with laws and requirements imposed for environmental protection.

Complete reports are incorporated by reference and available in the project file at the Newport Ranger District office, or https://www.fs.usda.gov/project/?project=52276.

# 3.1 Biological Factors

## 3.1.1 Fire, Fuels and Forest Vegetation

The following is a summary of the Fire, Fuels, and Silviculture Specialist Report for the Boulder Park Ecological Restoration Project (Napier and Montgomery 2019).

Forest conditions were analyzed at both the stand and landscape-level.

The historical range of variability (HRV) of stand structural stages were analyzed at the scale of the Tacoma and Cusick Creek Watersheds, which entirely encompass the Boulder Park Ecological Restoration Project Area.

The analysis measures effectiveness of vegetation treatments both in the short and long term. Effects of treatments occurring within the first 5 to 10 years would be considered short-term. Long-term effects would be those occurring 11 to 50 years following treatments. These boundaries are adequate to capture potential effects of this project, and the full specialist report provides the methodology and assumptions used for the analysis.

The analysis uses four elements; forest structure, stand density, forest health, and resilience to disturbance (e.g., wildfire, insects, disease). Table 7 summarizes the existing condition and proposed action for the indicator measures.

**Table 7. Existing and estimated future conditions by indicator for the proposed action**

| Resource Element | Resource Indicator | Measure | Existing Condition Average | Existing Condition Range | Proposed Action (2058 Conditions) Average | Proposed Action (2058 Conditions) Range |
|---|---|---|---|---|---|---|
| Forest Structure | Structural Stages | Diameter, canopy cover, acres | Refer to Table 9 and Table 10 | | | |
| Stand Density | Basal Area (BA) | Square feet per acre (ft²/ac) | 215 ft² | 130 – 350 ft² | 150 ft² | 80-210 ft² |
| Stand Density | Trees per acre (TPA) | Number of trees | 975 (all) 278 (>5 DBH) | 180 – 2,040 | 480 (all) 160 (>5 DBH) | 60 – 825 |
| Stand Density | Stand Density Index (SDI) | Units | 450 | 330 - 560 | 360 | 270 – 310 |
| Forest Health | Mortality | Volume gain and loss, cubic feet per acre per year | Gain: 115 Loss: 26 | Gain: 84 - 133 Loss: 5-33 | Gain: 91 Loss: 21 | Gain: 61 – 117 Loss: 26 – 35 |

### 3.1.1.1 Resource Indicators

*Forest Structure*

Tree structure is classified into five general groups based on diameter at breast height (DBH) and canopy cover as shown in Table 8. Images displaying each of the structure classes can be found in the Silvicultural Specialist Report.

**Table 8. Structure class definitions based on canopy cover and diameter at breast height**

| Structure | Definition |
|---|---|
| Early | Trees less than 10" DBH or canopy cover < 10% |
| Mid-open | Trees 10-20" DBH, canopy cover ≥ 10% and < 40% |
| Mid-closed | Trees 10-20" DBH, canopy cover ≥ 40% |
| Late-open | Trees ≥ 20" DBH, canopy cover ≥ 10% and < 40% |
| Late-closed | Trees ≥ 20" DBH, canopy cover ≥ 40% |

In general, thinning and regeneration harvests would reduce competition, keep the retained trees growing more vigorously, create conditions beneficial for prescribed burning, and increase resilience and resistance to disturbance. The effects to forest structure associated with each proposed treatment are described in this section. Commercial harvest treatments would take place on approximately 2 percent of the Douglas-fir Dry vegetation type late closed stand structure in both watersheds. Commercial harvest is permitted under Eastside Screens since it is within its historic range.

Diameter and canopy cover describe changes to the structure classes. Commercial thinning treatments would result in some mid-closed stands moving toward mid-open structure stages in the short-term with others remaining mid-closed. Some late closed Douglas-fir stands may go to late open conditions. Under the proposed action, average canopy closure is estimated to be 53 percent, with an average range of 40 – 67 percent. Canopy cover would be fairly uniform throughout commercial thinning units, with both dense and open areas around wet or rocky features, existing openings, large diameter trees, or identified leave tree groups for variable density thinning. These stands would move from mid-open to mid-closed over time as trees grow larger due to increased growing space, light, moisture, and nutrients. Eventually, these stands would grow into late-closed. By 2058, it is estimated the average DBH of the remaining trees greater than 5 inches (this estimation excludes trees less than 5 inches DBH, since the high number of small trees would skew average diameter data) would be approximately 20.3 inches. Without any treatment, it is estimated the diameter would be 15 inches, averaged across all stands by 2058.

The largest trees and all trees greater than 21 inches diameter (except those that are hazardous to operations or safety) would be retained in all treatment types. This would trend stands toward late stand structures, which are currently deficient in most vegetation types.

Species composition within a stand would be modified by removing trees through thinning. Shade tolerant trees that have a low tolerance for fire would be removed in higher quantities in Douglas-fir dry and Rocky Mountain Mixed Conifer vegetation types. Shade intolerant species which are more fire tolerant can be favored. There would be exceptions to this such as developing thermal cover for big game or providing shade adjacent to riparian areas within dry to moist site vegetation types.

The main difference in effects between commercial thinning and regeneration treatments is the residual overstory tree density would be lower, density of regeneration (seedlings) would be higher, and it may take longer for regeneration treatments to reach late structure stages. A main component of regeneration

harvests is to change species composition to more closely resemble the historical variation within the major vegetation types where treatments occur.

Natural and artificial regeneration (planting) would move species composition from current dominance by shade-tolerant species to the early seral, fire-resistant species such as ponderosa pine, white pine, western larch, and Douglas-fir, mainly on the Douglas-fir dry and Rocky Mountain Mixed Conifer sites. However, these species were also present on other vegetation types, but may have not been the dominant vegetation. Removal of many shade-tolerant species from Douglas-fir dry and Rocky Mountain Mixed Conifer vegetation types would increase shade intolerant, fire-resistant species suited to the fire regime and frequency of those sites. Not all shade tolerant species would be removed from the drier sites due to logging feasibility, size of trees, or microsites.

Species such as red cedar, hemlock, Engelmann spruce would be managed for (retained or established by natural seeding or artificial regeneration) on other vegetation types where they historically established and grew. Managing for shade-tolerant species on wetter or colder vegetation types would be appropriate for the fire regimes of those types. Maintaining the appropriate species composition within all of the vegetation types would provide for a diverse composition and arrangement of species across the landscape.

The areas dominated by mature lodgepole or small diameter dense stands would be regenerated as the quickest way to move the stand toward late structure. Larger trees (those greater than 21-inch DBH and desirable large diameter trees) left on site would provide seed sources, cover for regeneration, and retain the current percentage of large diameter trees across the landscape. These large trees would continue to grow larger. On sites with low and moderate fire severity regimes, large diameter early seral species would be more resilient to future fire disturbance.

In recent projects, tree planting has been implemented both in a uniform arrangement and in smaller, more isolated groups. In large openings, trees may be planted in a fairly uniform arrangement. However, natural seeding may occur from residual overstory trees and will add to and change the spatial arrangement of regeneration. Trees planted in smaller, spatially explicit groups may occur when groups of trees are retained in the overstory, thus creating conditions for more patchy planting. Small openings may be left to naturally seed in, provided the residual overstory retains desirable seed sources for the site.

Tree vigor, growth, and resilience to disturbance is expected to improve with both commercial thinnings and regeneration treatments. Gaps created by thinning would encourage tree growth, shrubs, grasses, and forbs. Larger gaps would create conditions favorable to shade intolerant species while smaller gaps with more shade would be more favorable to shade tolerant species. Large openings that are created through regeneration treatments would encourage new trees that would be artificially regenerated or naturally seeded. These areas would also be filled by shrubs, forbs, and grasses.

Treatments at the stand level in this project may result in some homogenous patterns such as uniform overstory, stand age, diameter distribution and gaps at the small scale. The course scale (landscape scale) would be composed of a variety of forest types, species, and age classes. Treatments would help the landscape become more resilient to changes from disturbance over time. The result of treatments and no-harvest areas would direct some forest conditions toward complex structures (e.g., a mosaic of open and dense canopies) while other forest conditions would be directed toward more open structures with subtle but distinctive spatial, compositional, and age heterogeneity resulting in small scale homogeneity while promoting landscape-scale heterogeneity (Stine et al. 2014). It is also important to note that heterogeneity or homogeneity at one scale does not necessarily result in heterogeneity or homogeneity at larger scales (Hessburg et al. 2015).

Old growth dependent species habitat (MA-1), pine marten, and pileated woodpecker habitat, areas with lynx range, and areas without road access not treated would remain at risk to future insect and disease outbreaks.

Treatments along the urban interface would reduce the risk of insect, disease, and fires from spreading between NFS, private, and other ownership lands.

Treatments within and around aspen stands would release aspen trees and clones that are currently suppressed by conifers. The increase in light and growing space from the removal of conifers would result in increased growth rates for aspen. Cutting individual aspen trees or using prescribed fire in these stands would increase aspen sprouting.

Treatments within zones 1 and 2 of riparian habitat conservation areas (RHCA) would increase growing space, nutrient and light availability for remaining trees and seedlings, and would result in an increase in diameters of retained trees, provide streamside shade, and conditions favorable for the recruitment of future large woody material (LWM). This would also allow for the reintroduction of riparian vegetation such as Engelmann spruce, western red cedar, western hemlock, Douglas-fir, western white pine, western larch, ponderosa pine, and hardwoods within the RHCAs and flood plains where these species historically existed.

Precommercial thinning would change the structural stage of stands from mid-closed to mid-open immediately following treatment. Tree vigor, growth, and resilience to disturbance would improve. Open spaces created through thinning would be filled by remaining trees, new conifer regeneration, shrubs, grasses, and forbs. Over the next 30 years or more these stands would trend toward mid-closed.

Whip felling would remove slash concentrations from other treatment activities and provide growing space for natural or artificial regeneration or both. This treatment may increase the time it takes the stand to reach closed conditions but retained trees would grow at a faster rate due to the increase spacing within the stand.

Planting of whitebark pine within early or mid-open stand structures on high elevation sites would not affect structure classes in the short term but would move early structure classes toward mid-open in the long term. Thinning within existing whitebark pine stands would increase growth rates due to less competition. No change in structural classes is expected in either the short or the long term.

Some late open and late closed stands (where these structure stages are within HRV) would be harvested under the proposed action. Late open and late closed stands in vegetation types deficient in these structure stages would not be harvested. Patches of late-closed stand structures and groups of trees with diameters greater than 21 inches have been identified and either removed from planned harvest or left within proposed units to retain as many large diameter and old-growth trees as possible on the landscape. No treatments are planned for old-growth stands. Any stands found during field reconnaissance that meet the old-growth definitions (Green et al. 1992) would be removed from proposed activities (no commercial or non-commercial treatments.) However, some of these late-closed stands may be prone to high severity damage from wildfire, which would cause a change to the structural stage in the immediate patch. Treatments surrounding these patches would likely decrease the rate of fire spread or severity.

The following table shows the current, historic, and expected post project condition of vegetation types by structure class for the two watersheds the project area overlaps.

**Table 9. Tacoma Creek subwatershed, changes to historical range of variation by vegetation type and structure stage.**

| Vegetation Type | | Early | Mid Open | Mid Closed | Late Open | Late Closed |
|---|---|---|---|---|---|---|
| Douglas-fir Dry | Current (%) | 4 | 5 | 67 | <1.0 | 23 |
| | Post-Harvest (%) | 4 | 35 | 38 | 3 | 21 |
| | Historic (%) | 6-16 | 2-8 | 4-13 | 38-78 | 1-32 |
| Northern Rocky Mountain Mixed Conifer | Current (%) | 5 | 2 | 55 | <1.0 | 38 |
| | Post-Harvest (%) | 5 | 24 | 32 | <1.0 | 38 |
| | Historic (%) | 9-25 | 1-3 | 18-30 | 4-6 | 44-60 |
| Western Redcedar / Western Hemlock | Current (%) | 8 | 1 | 54 | <1.0 | 36 |
| | Post-Harvest (%) | 8 | 13 | 43 | <1.0 | 36 |
| | Historic (%) | 4-24 | 0 | 7-27 | 0 | 55-83 |
| Subalpine Fir / Lodgepole Pine | Current (%) | 13 | 5 | 72 | <1.0 | 10 |
| | Post-Harvest (%) | 13 | 8 | 70 | <1.0 | 8 |
| | Historic (%) | 45-65 | 0 | 33-53 | 0 | 3 |
| Spruce / Subalpine Fir | Current (%) | 15 | 2 | 68 | 0 | 15 |
| | Post-Harvest (%) | 15 | 17 | 53 | <1.0 | 15 |
| | Historic (%) | 14-46 | 0 | 13-41 | 0 | 29-57 |

**Table 10. Cusick Creek catchment, changes to historical range of variation by vegetation type and structure stage.**

| Vegetation Type | | Early | Mid Open | Mid Closed | Late Open | Late Closed |
|---|---|---|---|---|---|---|
| Douglas-fir dry | Current (%) | 5 | 6 | 58 | <1 | 31 |
| | Post-Harvest (%) | 5 | 24 | 39 | 3 | 29 |
| | Historic (%) | 6-16 | 2-8 | 4-13 | 38-78 | 1-32 |
| Northern Rocky Mountain Mixed Conifer | Current (%) | 6 | 3 | 65 | <1 | 26 |
| | Post-Harvest (%) | 6 | 29 | 39 | <1 | 26 |
| | Historic (%) | 9-25 | 1-3 | 18-30 | 4-6 | 44-60 |
| Western Redcedar / Western Hemlock | Current (%) | 0 | 3 | 39 | 0 | 58 |
| | Post-Harvest (%) | 0 | 5 | 37 | 0 | 58 |

| Vegetation Type | | Early | Mid Open | Mid Closed | Late Open | Late Closed |
|---|---|---|---|---|---|---|
| Subalpine fir / Lodgepole pine | Historic (%) | 4-24 | 0 | 7-27 | 0 | 55-83 |
| | Current (%) | 0 | 2 | 58 | 0 | 40 |
| | Post-Harvest (%) | 0 | 8 | 53 | 0 | 40 |
| Spruce / Subalpine fir | Historic (%) | 45-65 | 0 | 33-53 | 0 | 3 |
| | Current (%) | 1 | 3 | 79 | 0 | 17 |
| | Post-Harvest (%)[3] | 1 | 3 | 79 | 0 | 17 |
| | Historic (%) | 14-46 | 0 | 13-41 | 0 | 29-57 |

*Stand Density*

Stand density is described by basal area (BA), trees per acre (TPA), and stand density index (SDI). Stand density is a good measure of current and future growth and mortality in stands.

There is a direct relationship with stocking level control and stand vigor. As more acres of the slow growing or stagnant stands are brought under stocking level control, stand vigor would improve. Insects and diseases can be species specific in the range of hosts they would attack. By maintaining a species mix that contains multiple species within the stand, the risk of stand loss to any one single insect or disease is reduced and contributes to the long-term growth of the stand (Campbell and Liegel 1996; Carlson and Wulf 1989, Cochran et al. 1994, Edmonds et al. 2000). Therefore, by controlling basal area and reducing stocking, tree vigor would increase and changes in species composition would increase stand resiliency to insect and disease.

The proposed action would result in lower stand densities across the project area. This would allow for the increased growth of trees, return stands toward their historical range of variability, and reduce the incidence of mortality through inter-tree competition. Basal area, trees per acre, and stand density index are directly decreased by removing trees during commercial harvest, pre-commercial thinning, and prescribed burning. Noncommercial treatments such as grapple piling, pile burning, and whip felling would also remove some small trees, driving density lower. Stand density may also decrease with planned underburns due to fire-related injury and delayed mortality. Tree planting would increase stand density over time as trees grow and allow for control of species composition. These trees would eventually grow into the available growing space over time due to the increase in sunlight, available nutrients and water, and planting. The extra growing space would provide small trees a longer period for increased growth and resilience. Over the long-term, SDI would gradually increase as trees grow and begin to fill the available growing space. The Forest Vegetation Simulator model shows that by the end of the projection period in 2058, SDI could be 360 on average (Table 7). This would be just over the upper end of the management level for some species, while being twice as high for other seral species such as Douglas-fir or ponderosa pine. However, over the long-term, future maintenance treatments such as thinning or prescribed burns would be required to keep stand density in check.

Patch sizes of forest structure would change as a direct result of timber harvest. Commercial thinnings may result in small gaps in the canopy to openings as large as 3 acres (e.g., where undesirable species for

the vegetation type dominates and areas of root rot). The rest of the area in commercial thinnings would be composed of a somewhat uniform arrangement of trees across the unit. Variable density thinnings would create groups of trees spread throughout the unit. Shelterwood harvests would retain individuals and groups of trees or both. These harvests would also create openings. Group selections would create openings of around 3 acres in size, on average. No openings greater than 40 acres are planned.

## Mortality, Disturbance Agents

Disturbance[4] is both a natural and necessary part of forest ecosystems; it is what drives the stages of forest succession and allows trees to grow and recycle or die (Campbell and Leigel 1996). There are several disturbance agents that can change the structure and composition of forests such as fire, weather, insects, pathogens, and humans. Bark beetles and tree defoliating insects were generally endemic to the landscape because of historic disturbance regimes such as fire (Hessburg et al. 2014). Fire, insect, and disease regimes are currently driven by a warming climate, past management, and contagious patterns of fuels and host trees, fostering increased numbers of larger and more severe disturbances than occurred historically (Hessburg et al. 2015). Mountain pine beetle, fir beetle, root rot *(Armillaria* and *Annosus*), *Echinodonctium tinctorum* (Indian paint fungus), and *Phellinus pini* have all been detected in the project area in small, isolated areas. None of these disturbance agents have been observed levels where entire stands are being killed off by one or more agents. There are pockets of dead and dying trees from insects and disease, but not entire stands at this point in time.

Reducing stand density levels, fuel loadings, and altering species composition is often better accomplished through a combination of harvest and prescribed fire. These actions would promote future stand growth, resiliency to disturbance, and decreased mortality during disturbance events. Prescribed burning and site preparation treatments under controlled conditions would reduce the continuity of fuels and manage fuel loads which would reduce the hazard of a stand replacement fire. Prescribed burning would be accomplished under optimum fuel moisture levels to reduce the impact to the residual stand, protect the soils, maintain fire tolerant species, reduce fire intolerant regeneration, and maintain stocking levels. Encroachment of shade tolerant species on drier sites could be reduced by repeated, periodic underburning.

Based on the data in Table 7, the existing condition of volume loss is approximately 23 percent of the volume gain in cubic foot volume per acre per year. Mortality as a percentage of gross growth is a useful health indicator because stands can be considered healthy when growth and mortality are appropriately balanced (O'Laughlin and Cook 2003). There are no set judgments on appropriate balance, which varies by stand type and age (O'Laughlin and Cook 2003).

## The Wildland Urban Interface (WUI)

The Wildland Urban Interface or WUI can be described as the area that undeveloped vegetated land and structures or infrastructure have a direct effect on one another. Areas that affect the WUI are not limited to the land directly adjacent to the structures or the defensible zones but extend into the uplands that may pose a risk to these structures and their defensible zones. There are approximately 12,000 acres of designated WUI in the project area as mapped by the Pend Oreille Community Wildfire Protection Plan. The proposed treatments would decrease fuel loading and overall potential fire severity on and adjacent to land designated as WUI in the Pend Oreille Community Wildfire Protection Plan. These treated areas

---

[4] In ecology, a disturbance is a temporary change in average environmental conditions that causes a pronounced change in an ecosystem.

would provide defensible zones in which firefighters would have a higher likelihood of success in suppressing wildfires that may threaten the designated WUI areas and adjacent private lands.

## Air Quality

The closest Air Quality Index (AQI) monitoring site is located 30 miles east of Newport, Washington in Sandpoint, Idaho and represents the most relevant sampling data for the project area. Air quality at this site is measured as AQI. The air quality index is a tool used to convey information to the public regarding local levels of air pollution and the associated health concerns. There are 6 levels of AQI - Green 0-50 (Good), Yellow 51-100 (Moderate), Red 151-200 (Unhealthy), Purple 201-300 (Very Unhealthy), and Maroon 301-500 (Hazardous). Some local wildfires did contribute to unhealthy air quality days, but the majority of the poor air quality days are a result of wildfire smoke from surrounding areas and even areas as far away as California. The proposed prescribed fire treatments would not degrade AQI to unhealthy (Red) levels and are only allowed on days that Washington Department of Natural Resources (DNR) approves smoke emissions. Treatments such as underburning may have a localized and short-term adverse effect on air quality but should not contribute to a regionally unhealthy AQI.

## Resiliency to Wildfire

Wildfire resilience can be defined as the ability of a forest or ecosystem to function after a fire that is characteristic of the local fire regime occurs. Some indicators of a fire resilient forest include fire adapted plant species, a generally older aged forest structure, limited insect infestations or disease outbreaks, scarcity of invasive species, and limited departure from a historic fire regime. Stands to be treated in this project are currently not in a fire resilient state. Proposed treatments are expected to reduce surface and ladder fuels biomass within all stand types, thin or eliminate diseased, damaged and insect infested trees and re-introduce fire in a controlled manner in keeping with the appropriate fire regime. Prescribed burning would result in a more open overstory and subsequently an understory composed of a greater diversity of hardwoods, shrubs, forbs and grasses. Overall, these treatments would minimize shade tolerant encroachment and promote a more fire tolerant overstory resulting in greater fire resiliency.

## Firefighter and Public Safety

Maintaining access in this project area for emergency firefighting personnel is critical for public and firefighter safety. Proposed unit locations and new forest system roads would provide increased firefighter access and allow for more efficient fire suppression in those areas. Fuels treatments also increase access through the creation of openings which can allow for use by aerial firefighters and helicopters.

Proposed fuel reduction treatments would reduce the threat of severe surface and crown fire on NFS lands which in turn should reduce the threat of severe surface or crown fires spreading to adjacent private ownerships. A reduction in fire severity would allow more efficient and timely wildfire engagement by fire personnel and equipment. However, unless similar treatments are initiated and maintained on adjacent ownerships, proposed fuel reduction treatments on NFS lands may have less effect in reducing the threat of a severe surface or crown fire on private ownerships within or adjacent to the project area.

## Fire Regime Condition Class (FRCC)

FRCC is used to describe the degree of departure from the historic fire regimes that results from alterations of key ecosystem components such as composition, structure stage, stand age, and canopy closure. One or more of the following activities may have caused this departure: fire exclusion, high-grade timber harvesting, livestock grazing, introduction and establishment of non-native plant species, insects or disease (introduced or native), or other past management activities. There are three fire regime condition classes: Condition Class 1- fire regimes are near or within their historical range. Condition

Class 2- fire regimes have been moderately altered from their historical range. Condition Class 3- fire regimes have been substantially altered from their historic range. Approximately 98 percent of the project area is within Condition Class 2. Proposed treatment areas in the project area would shift stands from an FRCC 2 to FRCC 1.

**Table 11. Fire and fuels resource indicators and measures for the proposed action**

| Resource Element | Resource Indicator (Quantify if possible) | Measure (Quantify if possible) | Existing Condition | Proposed Action |
|---|---|---|---|---|
| Wildland Urban Interface (WUI) | Potential Defensible Zones/Fire Engagement zones | Fuel Reduction Acres affecting designated WUI areas | 0 acres | 6,400 acres |
| Air Quality | Air Quality Index (AQI) | Days of AQI in healthy range during prescribed burning season. (April, May, September, October, November) | 2017 AQI Data during prescribed burning months: Green (good) -75 days Yellow (Moderate) - 20 days Purple (Very Unhealthy) - 4 days (Sept) | Fuels treatments for up to 9,520 acres would not contribute to unhealthy (Red or below) AQI measurements |
| Resiliency to wildfire | Strategically important areas treated | Acres of Fuels Treatment | 0 acres known | 2,842 acres of natural hazardous fuels treatment in Units A, B, C, D 5,798 acres of fuels treatment within commercial harvest units. |
| Firefighter and Public Safety | Potential Fire Engagement Zones and Access | Fuels Reduction acres and new system road miles. | No improvement of road access or defensible zones within project area | Fuels treatments for up to 9,520 acres and 11 miles of new system road. |
| Fire Regime Condition Class | Departure from historic fire regime | Degree of departure from historic fire regimes (FRCC 1-3) | 98% of the project area is in FRCC 2 | 9,520 acres currently in an FRCC2 would be moved toward an FRCC 1 |

## 3.1.1.2 Cumulative Effects

Cumulative effects on vegetation are analyzed at the watershed scale. A scale as large as the entire Colville National Forest of 1.1 million acres would tend to obscure effects of treatments occurring on a localized area of the Forest. Vegetative cumulative effects are additive, meaning they are the total of changes of proposed treatments to vegetative structure. The project scale analysis allows for comparison of changes that are occurring as a result of the past, present, and reasonably foreseeable projects within the two watersheds.

According to district records, approximately 3,475 acres of treatments have occurred on National Forest System lands within the Boulder Park Ecological Restoration Project area in the past 30 years. These treatments included commercial thinning, group selection, improvement cut, seed tree cut, shelterwood, and clearcut. The most recent commercial harvest activities occurred in the late 2000s. Nearly 70 percent

of the 3,475 acres harvested was a regeneration harvest, namely a clearcut or shelterwood harvest. These treatments shifted forest structure to early and mid-open structures at the time. Most of these past treatments are now mid closed. There are no other known timber sales that are active or planned within this area at this time across all other ownerships. Approximately 1,560 acres of harvest on non-Forest Service lands have occurred in the last ten years on other ownerships (Washington DNR and other private land owners). These harvests were mostly in the form of created openings such as clearcuts or other regeneration treatments.

Continued cattle grazing, dispersed recreation, and firewood gathering are anticipated to be ongoing and reasonably foreseeable future activities. None of these activities add to the cumulative effects on vegetation since the effects are small and localized effects to forest structure, stand density, and mortality trends.

### Forest Structure

Forest structure would be impacted by the commercial treatments for the next 30 to 100 years or more.

Overall, stand structures have been changed from a mixture of all structure stages to mostly mid closed until now as a result of past activities (table 9 and table 10). Implementing the proposed action would move additional stands into the mid open structure stage. Treatments on other ownerships amount to about 2 percent of the total area of the Tacoma Creek subwatershed and Cusick Creek catchment. Treatments on state and private land changed forest structure to early and mid-open stand structures.

Stands that currently exhibit late structure or old-growth characteristics would not be treated, thus cumulatively adding to the overall late structure and old-growth stands in the future, as long as these stands do not decline because of health or disturbance. Over the long-term, commercially thinned stands would increase average diameters greater than 20 inches and would cumulatively add to the late structure across the landscape. However, harvests on other land ownerships may or may not allow trees to grow into these structure stages in the foreseeable future, depending on their forest management objectives.

Prescribed burning on over 9,000 acres within commercial harvest units and fuels units A, B, C, and D would also add a cumulative effect to forest structure. There is a limited history of wildfire in the project area and watersheds, so there is no added effect to forest structure from wildfire. Smaller diameter trees are targeted for removal in commercial harvest in addition to the smaller diameter trees that may be killed during or after prescribed fire.

### Stand Density (BA, TPA, SDI)

Changes to stand density from past, current, and foreseeable future actions continue to trend stands toward their historical range of variability. Many of the past regeneration harvests in the project area have been precommercially thinned to keep trees growing with less competition in order to grow larger trees at a faster rate. Stands on state and private land are being managed for density levels that keep their trees growing, usually for timber production. Proposed treatments would also keep residual trees growing across 9,010 acres. The cumulative effect is that past, current, and future projects have been implemented and designed to keep approximately 15,000 acres thinned to allow a steady and continual growth rate over time.

### Mortality, Disturbance Agents

Commercial thinning treatments, pre-commercial thinning treatments, and prescribed fire would all cumulatively reduce the impacts from potential stand-replacing disturbance on up to one-third of the project area. Actions across all ownerships would increase the initial volume loss through the direct

harvest of trees on approximately 15,000 acres within these watersheds within the past 30 years and the foreseeable future. Volume gains continue to rise over the long-term across all ownerships while volume loss is minimized with past, current, and future actions. High intensity, high severity wildfire would be minimized, thus decreasing overall tree mortality across the landscape if these treatments act as barriers and aid in fire suppression. More growing space due to thinning would provide light and nutrients for remaining trees to increase crown ratio and diameter growth.

*Wildland Urban Interface (WUI)*

Vegetation treatments throughout the identified WUI zones would contribute to long term (10+ years) reduction in characteristic wildfire severity. As WUI continues to expand further into previously undeveloped areas, the previous, current, and future vegetation treatments result in the continued maintenance of these areas would become more crucial to firefighting success over the next 20-30 years.

*Air Quality*

Smoke from hazardous fuels treatments and commercial harvest activity fuel burning may temporarily degrade air quality within the Boulder Park Ecological Restoration Project area and the surrounding Pend Oreille River valley (where smoke tends to gather and accumulate). Coordinated meteorological scheduling would be used to regulate all prescribed burns within the regional area, thus minimizing the potential for cumulative smoke impacts to the public. Prescribed burns would be scheduled and approved by the WA DNR only during periods of favorable atmospheric transport and dispersion. To ensure compliance with state and federal air quality standards, approved burning would be determined through monitoring and computer modeling of all scheduled and proposed emissions. This includes proposed burns from state, private and federal ownerships.

*Resiliency to Wildfire*

All past and proposed vegetation treatments in this project would affect fire resiliency of stands within the project area. Past and proposed actions in this area cumulatively increase the persistence of fire tolerant vegetation and would help maintain ecosystem function in the face of uncharacteristic wildfire in the project area. Approximately 515 treated acres from past projects contributes to the continuity of the proposed treatment area.

*Firefighter and Public Safety*

Improved access through the construction of 11 miles of new forest system roads and more open stand conditions that would be created by commercial harvest and prescribed burning will lead to improved long-term access (10 or more years). Previous and planned road maintenance in the project would allow for improved access by firefighting resources. Openings created through past Forest Service, DNR, and private timber harvest and underburning also may act as access routes for equipment including heavy machinery and aerial firefighting resources leading to more efficient suppression of wildfires. The additional acres in the proposed action would further increase access for firefighting resources.

*Fire Regime Condition Class (FRCC)*

All proposed vegetation treatments in the Boulder Park Ecological Restoration Project Area would contribute to a shift from FRCC 2 (Moderate Departure) toward an FRCC 1 (Low/No Departure). Due to the limited size and scope of past vegetation treatments, timber harvest (2,705 acres) and fuels reduction (515 acres), these treatments have not had a significant effect on FRCC change.

## 3.1.2 Fish, Wildlife, and Botany

### 3.1.2.1 Fish

Tacoma Creek has been designated as critical habitat for bull trout (*Oncorhynchus confluentus*), federally listed as threatened (USFWS 2010). However, no bull trout have been documented in the project area. Tacoma Creek flows into Box Canyon Reservoir, the closest known location for bull trout. The proposed action is designed to improve baseline conditions in the Tacoma Creek Subwatershed, such as road obliteration and culvert repair or replace for fish passage. The proposed treatments within the Tacoma Creek Subwatershed would increase the number of critical habitat miles accessible to bull trout. There are approximately 20.3 miles of critical habitat located within the Tacoma Creek Subwatershed, of which about one third is disconnected due to a natural waterfall barrier. After the project is implemented all available accessible (not past the natural waterfall) bull trout habitat would be accessible. The proposed action would add large wood in many reaches within Tacoma Creek. The large wood would be expected to add more pools and improve habitat complexity which would lead to an increase in fish populations within the watershed. Based on this evaluation, the proposed action **may impact individuals, but is not likely to adversely affect bull trout and/or their designated critical habitat.**

Westslope cutthroat trout and other trout species are listed on the regional forester's sensitive species list. For westslope cutthroat trout (*Oncorhynchus clarki lewis)* and other trout species, the Boulder Park Ecological Restoration Project **may impact individuals or habitat but is not likely to result in a trend toward federal listing, or loss of viability to the population or species**. This is because of short-term increases of sedimentation followed by long-term decreases from road improvements and decommissioning and minimal decreases in canopy followed by a chance of increased canopy because of increased riparian vigor (with subsequent negligible chance of temperature increases followed by small temperature decreases).

The project would have **no effect** to the following Forest Service sensitive species due to either lack of presence, stream/lake connectivity and/or suitable habitat (habitat that species are adapted to), the pygmy whitefish (*Prosopium coulteri*), the Umatilla dace (*Rhinichthys Umatilla*), lake chub (*Couesius plumbeus*), and one management indicator species, kokanee (*Oncorhynchus nerka*). Habitats may improve in the long term due to reduction in sediment delivery from road improvements, decommissioning and increases in the health of riparian trees.

*Cumulative Effects*

Cumulative impacts result from the incremental impact of the action when added to other past, present and reasonably foreseeable future actions. Past, present, and reasonably foreseeable future actions (section 3.4) were reviewed for projects that may continue to have effects relevant to fish species populations. Past, present, and reasonably foreseeable future actions that could create cumulative effects on trout include timber harvest, road and trail maintenance, livestock grazing (in Cusick Creek catchment), harvest of game species, gold prospecting, aquatic organism passage and, rehabilitation of dispersed recreation sites are expected to continue on NFS lands and private land in the project area.

Many of these impacts would affect fish species habitat elements which would have similar effects on fish species including timber harvest, road and trail maintenance, and livestock grazing. Harvest of game species would have an effect. Game species (trout species) are managed by the Washington Department of Fish and Wildlife (WDFW). It is WDFWs mission to maintain healthy, productive populations at sustainable harvest levels. There would be varying levels of disturbance / stress to fish species. Potential for take of threatened or endangered species due to mistaken identification by fishers or poaching.

Activities of gold prospecting appear to be intermittent in this project area. Disturbance from human presence / equipment operation along streams open to dredging. There are potential impacts to fish spawning gravels and sediment input to water column. Culvert replacement with aquatic organism passages have been completed in the past and would continue in the future. Fish species passage and habitat connectivity would be improved.

The Boulder Park Ecological Restoration Project moves the area toward desired conditions and incrementally moves the sub-watershed toward improving watershed condition class. Applicable best management practices would be followed by all cumulative projects ensuring compliance with national best management practices. The Boulder Park Ecological Restoration Project combined with cumulative effects to fish species populations is not likely to contribute to a trend toward federal listing or loss of viability because of the habitat changes listed above.

## 3.1.2.2 Wildlife

The following is a summary of the wildlife analysis completed for the Boulder Park Ecological Restoration Project (Borysewicz 2019).

The Forest Service objective is to provide habitat capable of supporting viable populations of management indicator species and threatened, endangered, and sensitive species. The biological evaluation analyzes effects to threatened, endangered, proposed, and candidate species listed under section 7 of the Endangered Species Act of 1973.

The wildlife specialist report provides an analysis of the effects of the project to species listed as sensitive for the Colville National Forest (CNF) by the regional forester of the Pacific Northwest Region, USDA Forest Service. Also addressed in this report are project effects to management indicator species (MIS) listed for the CNF (USDA 1988), and landbirds of conservation concern (USDI 2008). In general, direct and indirect effects to wildlife are analyzed within the project area. The cumulative effects analysis area varies from species to species based on home range size, existing viability assessments, and management direction. For this analysis, short-term effects were considered to last from 0-10 years, mid-term effects would last from 10-20 years, and long-term effects would last greater than 20 years. Table 12 displays a comparison of the effects of the proposed action to the existing condition in relation to the key wildlife issues or topics.

Table 12. Comparison of project alternatives in relation to wildlife issues or topics

| Resource Indicator | Measure | Current Condition | Proposed Action |
|---|---|---|---|
| lynx habitat components | Provide a mosaic of stand types including dense, young stands and mature, multi-storied stands that have the capability to provide dense horizontal cover. | 1,507 acres (young)<br>1,358 acres (mature)<br>1,648 acres (den) | 1,507 acres (young)<br>1,341 acres (mature)<br>1,648 acres (den) |
| unsuitable habitat for lynx | Manage for < 30 percent of lynx primary vegetation in natural or created openings. | 2,412 acres (18.8%) | 2,705 acres (21%) |
| motorized access | open route miles, densities<br><br>drivable route miles, densities | 126.5 miles open<br>(2.5 mi. / sq. mile)<br><br>145.4 miles<br>(2.9 mi. / sq. mile) | 111.6 miles open<br>(2.2 mi. / sq. mile)<br><br>130.8 miles (post-project)<br>(2.6 mi. / sq. mile) |
| core habitat | acres further than 500 meters from open and restricted-use roads | 5,483 acres | 6,900 acres (post-project) |

| Resource Indicator | Measure | Current Condition | Proposed Action |
|---|---|---|---|
| goshawk nesting habitat | acres of unmanaged habitat around nest stands within mapped post-fledging areas (PFAs) | 435 acres (Gardiner Creek) 408 acres (Tacoma Creek) 423 acres (Boulder Mtn.) | 417 acres (Gardiner Creek) 206 acres (Tacoma Creek) 154 acres (Boulder Mtn.) |
| future goshawk nesting habitat | acres of potential nesting habitat maintained / promoted within PFAs | 0 acres | 18 acres (Gardiner PFA) 202 acres (Tacoma PFA) 269 acres (Boulder PFA) |
| deer winter range habitat components | Manage for a cover / forage ratio approaching 50:50. Maintain cover patches that are 3+ acres in size and less than 600 feet apart. | 20 percent open forage, 80 percent cover: - 48 percent hiding cover - 32 percent thermal cover | 34 percent open forage 66 percent cover: - 44 percent hiding cover - 22 percent thermal cover cover distribution requirements met |

In general, the proposed action would move the project area closer to its historic condition with regards to tree species mix, stocking levels, stand structural stages, and fuel loading. The proposed action should reduce the extent and severity of future wildfires. The great majority of late closed structural stage stands would be retained, and additional late open stands would be promoted. Additional forest edge habitat and early structural stage stands would be created, improving conditions for big game species and many sensitive invertebrates. Management guidelines for lynx habitat would be met. Post-project road densities would be reduced from the existing condition, improving habitat security for big game and rare species such as grizzly bears and wolverines.

Table 13 summarizes the effects of the project to threatened, endangered, proposed, and candidate species. The biological evaluation for this project has been sent to the U.S. Fish and Wildlife Service for informal consultation.

Table 14 summarizes the effects of the project to sensitive species. See the biological evaluation and wildlife specialist report in the project file for more details on the direct, indirect, and cumulative effects of the project to threatened, endangered, and sensitive wildlife species. Effects of the project to management indicator species and landbirds are disclosed in the wildlife specialist report in the project file.

**Table 13. Summary of effects to threatened and endangered species**

| T&E species | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|
| Canada lynx – existing condition | Increasing fuel loads would continue to elevate the risk of large-scale loss of lynx primary vegetation to future, high-intensity fires. | may affect, not likely to adversely affect | Baseline habitat conditions likely maintained over at least the short term. Wildfires could set the stage for the eventual development of primary prey (snowshoe hare) habitat through natural forest succession and tree planting. |

| T&E species | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|
| Canada lynx – proposed action | Shelterwood harvest would create unsuitable habitat on 83 acres of lynx primary vegetation.<br><br>Forest thinning would reduce understory cover for lynx and their prey on 17 acres of multi-story stands.<br><br>Project activities could disturb and displace lynx from suitable habitat. | may affect, not likely to adversely affect | No known lynx den site on the Forest. Mapped potential den stands protected by avoidance.<br>Unsuitable habitat (created openings) would not exceed 30 percent of lynx primary vegetation, post-project. In 15-20 years, trees in shelterwood harvest units could grow sufficiently dense to provide suitable conditions for snowshoe hares.<br>Impacts to multi-story stands would be small scale (1% of existing habitat).<br>Project would reduce the risk of future high-intensity fires through stand stocking control, reduction of forest fuels.<br>No new roads or trails within lynx primary vegetation. Slight reduction in drivable route miles in this area, post-project.<br>Project would be consistent with all recommendations in the LCAS[5].<br><br>*Cumulative effects*: Young plantations on private land would likely be pre-commercially thinned in coming years, adversely affecting the potential for those sites to grow into suitable habitat for snowshoe hares. No other known active or planned vegetation management projects in lynx primary vegetation in the Tacoma Lynx Analysis Unit. |
| grizzly bear – existing condition | Increasing fuel loads would continue to elevate the risk of large-scale forest cover loss to future, high-intensity fires. | may affect, not likely to adversely affect | Baseline habitat conditions likely maintained over at least the short term. Where wildfires burn with low to moderate intensity, the growth and palatability of green forage plants could be enhanced over the short term. Berry-production could be improved in 3-7 years. |

---

[5] Lynx Conservation Assessment and Strategy

| T&E species | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|
| grizzly bear – proposed action | Project activities could disturb and displace grizzly bears from suitable habitat. New roads could reduce core habitat. | may affect, not likely to adversely affect | Project is outside of the Selkirk Mountains Grizzly Bear Recovery Zone. Increase in disturbance where project activities are occurring, particularly where heavy equipment is operated. New roads would be kept closed to public use. Post-project, drivable road densities would be reduced, and core habitat would be increased by about 1,417 acres from the present condition. Hiding cover retained where it exists in openings created along open roads (shelterwood harvest units). Timber harvest and under-burning would likely improve local green forage production and palatability and berry production over the short to mid-term. Project would reduce the risk of future high-intensity fires through stand stocking control, reduction of forest fuels.<br><br>*Cumulative effects*: Forest uses and activities that are concurrent with the Boulder-Park project (see 2.1) could cumulatively increase human disturbance in the watersheds. These effects would be offset by the decrease in drivable road miles and increase in core habitat that would result from the Boulder-Park project. |
| wolverine – existing condition | Increasing fuel loads would continue to elevate the risk of large-scale forest cover loss to future, high-intensity fires. | Not likely to jeopardize the continued existence of the species | Baseline habitat conditions likely maintained over at least the short term. Wildfires could promote forage production and palatability for big game and small mammals. Wildfires could promote berry production over the short to mid-term. The interiors of large burns are likely to be under-utilized due to the lack of concealing cover. |
| wolverine – proposed action | Project activities could disturb and displace wolverines from suitable habitat. New roads could reduce core habitat. | Not likely to jeopardize the continued existence of the species | No known wolverine den on the Forest. Mapped potential den habitat on Calispell Peak avoided. Affects to road densities and core habitat equal to those reported for grizzly bears. Timber harvest and fuels treatments would improve growing conditions for herbaceous forage and palatable shrubs for big game. Timber harvest would improve cover: forage ratios on deer winter ranges. Mature, multi-story timber stands maintained in high elevation areas.<br><br>*Cumulative effects*: Similar to grizzly bears. |

**Table 14. Summary of effects to sensitive species**

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| gray wolf | Existing condition | Increasing fuel levels and connectivity would continue to elevate the risk of large-scale forest cover loss to future, hot fires. This could negatively impact wolf prey animals. | not likely to cause a trend to federal listing | Baseline habitat conditions likely maintained over at least the short term. Future wildfires would increase forage production and palatability for prey species such as big game and small mammals. However, the interiors of large, intensively burned areas could lack cover for many years and be under-utilized by prey species. |
| gray wolf | Proposed action | Project activities could disturb and displace wolves or wolf prey species. Timber harvest and fuels treatments could reduce forest cover for big game. | not likely to cause a trend to federal listing | Affects to seclusion habitat equal to those reported for grizzly bears in the biological evaluation for this project. Any discovered wolf den or rendezvous site would be protected from disturbance, if necessary. Disturbance to wintering big game confined to one drainage in a given winter. <br><br> Timber harvest and fuels treatments would likely improve big game forage production and palatability over the short to mid-term. Cover / forage ratios on deer winter range would move closer to the desired 50:50. Forest Plan (USDA 1988) cover distribution requirements would be met. <br><br> *Cumulative effects* – At the Forestwide scale, timber sales on NFS lands would incorporate similar project design elements to those described above. Project-related disturbances could be cumulative to other concurrent timber sales / activities characterized in Appendix A. However, we expect any cumulative effects would be localized, and out-weighed by improvements in prey habitats and seclusion that would be a direct result of implementing the proposed action. |
| pygmy shrew | Existing condition | Increasing fuel loads would continue to elevate the risk of large-scale, intense fires. Such fires could kill individual shrews, and / or remove food resources and low cover. | not likely to cause a trend to federal listing | Baseline habitat conditions likely maintained over at least the short term. Where future fires burn with low to moderate intensity, low vegetative cover should quickly re-establish and become more vigorous / robust over the short to mid-term. However, the interiors of large, intensively burned areas could lack cover and be under-utilized by pygmy shrews and their prey for many years. |
| pygmy shrew | Proposed action | Shrews could be killed by heavy equipment operations and prescribed burning. Low cover would be removed. Mesic, forest floor habitats could be dried out. Shrews could be more | not likely to cause a trend to federal listing | The proposed action should reduce the risk / intensity of large-scale forest fires. Understory cover should quickly re-establish in stands that are harvested or under-burned. Understory plant density and vigor should improve due to reduced competition for sunlight and |

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| | | susceptible to predation in treated areas. | | other site resources. Large down logs retained in harvest units.<br><br>No-harvest buffers maintained adjacent to wetlands and stream habitats. Selected roads removed from stream corridors.<br><br>Existing hardwood trees maintained in harvest units. Timber harvest would remove or reduce conifer cover; improving growing conditions for hardwoods. These trees would supply leaf litter to the forest floor.<br><br>*Cumulative effects* – No other known timber sales active or planned in the Tacoma or Cusick Creek catchments. Project effects to low vegetation could be cumulative to those uses / activities that impact stand understories (see Appendix A). However, given the project design elements described above, we expect the long-term benefits of the proposed action would mitigate these potential adverse effects. |
| red-tailed chipmunk | Existing condition | Increasing fuel loads would continue to elevate the risk of stand-replacing fires. Such fires could remove mature, cone-bearing trees and reduce the availability of seeds and berry crops. | not likely to cause a trend to federal listing | Baseline habitat conditions likely maintained over at least the short term. Low cover should quickly re-establish in areas where fires burn with low to moderate intensity. The growth of sun-loving forage plants could be enhanced on these sites. |
| red-tailed chipmunk | Proposed action | Timber harvest would reduce the overhead tree canopy and cone availability, particularly where openings are created. | not likely to cause a trend to federal listing | Forest fuel connectivity reduced, decreasing the risk of wildfire spread into mature overstory tree crowns. Large live trees which produce the biggest cone crops retained in harvested areas.<br><br>The project would be designed to promote the mix of stand structural stages and tree species composition that existed historically in the area. Landres et al. (1999) maintained that restoring habitats, both the amount and connectivity, to closer match the historical range of variability, provided considerable improvements in the viability outcomes for native wildlife species.<br><br>Timber harvest and fuels treatments would stimulate the growth of diverse understories of grasses, forbs and shrubs. Edge habitat would be created by shelterwood harvest. Thus, the project could enhance forage resources over the short to mid-term. |

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| | | | | *Cumulative Effects* – Equal to those reported for pygmy shrews. |
| sensitive bats | Existing condition | Over the long term, increasing fuel loads would continue to elevate the risk of stand-replacing fires burning over large tracts of forest habitats. | not likely to cause a trend to federal listing | In the event of a high severity fire, a pulse of snag roosting habitat could be created. After 1-2 decades, most of these trees would have fallen to the ground. There would then be a several decades long period of low snag availability as the area is slowly reforested.<br><br>Impacts to forest cover would likely be short-term in areas where vegetation was burned at lower intensity. Wildfires could promote diverse, robust stand understories important to many insect prey species. |
| sensitive bats | Proposed action | Project activities could disturb and displace bats roosting in local abandoned mines. The project could remove standing dead or defective live trees that provide roost habitat. | may beneficially impact the species | Project activities near mines would be scheduled to avoid periods when the sites could be occupied. Timber harvest would reduce forest "clutter" and increase within-stand flight space. Understory vegetation in harvested stands should become more dense and robust, potentially benefitting insect prey species. Forest edge habitats that bats frequently use for foraging would be promoted with shelterwood and group selection harvest.<br><br>Larger snags retained in harvest units to the extent feasible. Prescribed burning would create some snag habitat. Proposed road closures could locally reduce the loss of trees to firewood cutting.<br><br>*Cumulative Effects* – No other known timber sales active or planned in the Tacoma Creek subwatershed and Cusick Creek catchment. Effects to snag habitat from the Boulder-Park Project could be cumulative to firewood cutting in the area. However, given the project design elements related to snags, we expect the long-term benefits of the proposed action would outweigh these potential adverse effects. |
| bald eagle | Existing condition | Increasing forest fuels would continue to elevate the risk of high-intensity crown fires, which could remove large tree habitats. | not likely to cause a trend to federal listing | No known nests or winter roosts in the project area. The majority of the high-quality nesting habitat in the county is located along the Pend Oreille River, east of the project area. |
| bald eagle | Proposed action | Project activities could disturb active nests. Timber harvest or prescribed | may beneficially impact the species | Active nests on the Pend Oreille River are too far removed to be disturbed by project activities. No large trees designated for harvest. Large tree |

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| | | burning could impact large trees. | | habitat promoted over time by commercial thinning in mid-structural stage stands.<br>The project would reduce stand densities and ladder fuels, decreasing the risk of large tree loss to high intensity crown fires.<br><br>*Cumulative Effects* – At the county-wide scale, other vegetation management projects on NFS lands would have similar beneficial impacts to bald eagle habitats. |
| northern goshawk, great gray owl | Existing condition | Increasing fuel loads would continue to elevate the risk of large-scale, high intensity fires that could destroy existing and potential source habitats. | not likely to cause a trend to federal listing | Baseline habitat conditions likely maintained over at least the short term. Where future fires burn with low to mixed severity, forest mosaics that include openings, edge habitat, and robust understory vegetation could be created. These habitats are preferred by many prey species including ground squirrels and other rodents. |
| northern goshawk, great gray owl | Proposed action | Approximately 7,970 acres of mid closed forest stands, and 295 acres of late closed stands adversely modified by timber harvest. These stands typically constitute nesting habitat.<br><br>Project activities could disturb nesting birds, resulting in reduced productivity or nest abandonment.<br><br>The project could adversely affect dead wood and other habitats important to prey species. | not likely to cause a trend to federal listing | The proposed action would move the project area closer to the historical range of variability (HRV) for stand structural stages. Approximately 12,839 acres of mid-closed stands and 10,813 acres of late closed stands would remain un-managed in the Tacoma Creek subwatershed and Cusick Creek catchment. The proposed action would promote additional large tree habitats over time through stand stocking control and should reduce the risk of widespread loss of nesting habitat to future high-intensity fires.<br><br>No known great gray owl nest on the Forest.<br>No project activities would occur within the three mapped goshawk nest stands. At least 154 acres of unmanaged forest maintained within each post-fledging area (PFA) mapped around the active goshawk nests. Timber harvest elsewhere within PFAs designed to maintain and enhance existing habitat over the long term through tree stocking control (i.e., light thinning). Project activities within PFAs confined to outside the nesting season.<br><br>Larger live trees (21+ inches), snags (10+ inches) down logs (12+ inches), and all hardwood trees retained within harvest units to the extent feasible. Forest edge habitat created through regeneration harvest. Wetlands buffered to protect riparian vegetation and |

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| | | | | hydrologic function. These within-stand features provide essential habitats for many prey species. *Cumulative Effects* – At the Forestwide scale, the proposed action would not create gaps in source habitats that would tend to isolate populations of these raptors. In addition to the project design elements described above, the proposed action would incorporate all of the conservation strategies identified in Youkey (2012) to improve viability outcomes for these species across the Forest. Based on these considerations, the proposed action as proposed would not affect the continued viability of goshawk or great gray owl populations on the Forest. Cumulative effects from other projects, activities, or uses are not expected to affect this outcome. |
| Lewis' and white-headed woodpecker | Existing condition | Increasing fuel loads would continue to elevate the risk of large-scale forest cover loss to future, high intensity fires. Such fires could remove large trees and dry forest stands utilized by these species. | not likely to cause a trend to federal listing | Few acres of stands dominated by ponderosa pine exist in the project area. Baseline habitat conditions likely maintained over at least the short term. Where future fires burn with low to moderate intensity, there could be beneficial effects to dry Douglas-fir stands from a reduction in stand density and fuel ladders.<br><br>Burned stands could be exploited by Lewis' woodpeckers. |
| Lewis' and white-headed woodpecker | Proposed action | Dry site stands could be adversely modified by timber harvest. Snags and down logs could be lost in harvest units. | may beneficially impact the species | Commercial thinning and under-burning in the dry Douglas-fir vegetation type would convert approximately 232 acres of late closed stands to a late open condition. Such open, park-like stands are preferred habitats for these species. Commercial thinning in mid-closed, dry site stands would set the stage for the accelerated development of open, park-like stands over time, and should reduce the risk of widespread loss of source habitat to future high-intensity fires.<br><br>Larger live trees (21+ inches), snags (10+ inches) down logs (12+ inches), and all hardwood trees retained within harvest units to the extent feasible. Prescribed burning should result in a net gain of snags.<br><br>*Cumulative Effects* – At the Forestwide scale, the potential beneficial impacts of the Boulder-Park project would be similar to those resulting from other vegetation management projects on NFS lands. |

| Sensitive species | Alternative | Context of likely change | Determination | Rationale for determination |
|---|---|---|---|---|
| sensitive invertebrates | Existing condition | Forest openings and edge habitats would decline in the project area through natural forest succession. Increasing fuel loads would continue to elevate the risk of large-scale, intense fires that could kill individual invertebrates, and remove food resources and low cover. | not likely to cause a trend to federal listing | Baseline habitat conditions likely maintained over at least the short term. Future wildfires could promote diverse and robust stand understories over the short to long-term. Low cover should quickly re-establish in areas where fires burned with low to moderate intensity. The growth of sun-loving forage plants could be enhanced in new burn scars. Flower production for pollinators could be increased. |
| sensitive invertebrates | Proposed action | Less mobile animals could be killed by heavy equipment and fuel reduction operations. Food plants, low cover, and down logs could be damaged or removed. | not likely to cause a trend to federal listing | Timber harvest would create approximately 4,480 acres of forest openings. Forest openings and associated edge habitats are preferred by many sensitive invertebrates. No-harvest buffers maintained adjacent to wetlands and most stream habitats. Thus, riparian vegetation and the hydrologic integrity of these "hotspots" for invertebrates should be conserved.<br><br>Selected roads removed from stream corridors. Proposed aquatic restoration projects should improve habitat complexity and raise water tables in affected stream reaches. As a result, riparian habitats for sensitive mollusks should be maintained or enhanced over the long term.<br><br>*Cumulative Effects* – No other known vegetation management projects active or planned in the watersheds. Livestock grazing and summer recreation in the project area could cumulatively impact food plants and low cover. However, given the project design elements described above, we expect the long-term benefits of the proposed action would negate these potential adverse effects. |

## 3.1.2.3 Botany

The analysis area boundary for effects on sensitive plants includes the footprint of activity area disturbances. Because roads are represented as line features, the road construction areas are buffered 100 feet to account for the area that could be disturbed.

*Threatened, endangered, and sensitive species*

No federally listed threatened, endangered, or proposed plant species are known or suspected to occur within the project area, and none were found during surveys. Whitebark pine, a candidate species for listing under the Endangered Species Act, is documented from the project area. Although the majority of proposed treatments would occur outside of occupied habitat, precommercial thinning is planned to occur

on approximately five acres around existing whitebark pines to release the trees from competition. Five Forest Service sensitive plant species, stalked moonwort (*Botrychium pedunculosum*), adder's tongue (*Ophioglossum pusillum*), whitebark pine (*Pinus albicaulis*), black snake-root (*Sanicula marilandica*), and kidney-leaved violet (*Viola renifolia*), occur in the Boulder Park Ecological Restoration Project area. Of the five occurrences of sensitive species documented from the project area, two are located within proposed treatment units and one is directly adjacent to a unit.

Because no occurrences for threatened, endangered, or proposed plants exist in the project area, there would be no effects to threatened, endangered, and sensitive plants related to the proposed action. Proposed activities would occur outside of occupied whitebark pine habitat, with the exception of approximately five acres of precommercial thinning which is intended to benefit whitebark pine. Assuming the implementation of design elements listed in section 2.2 and standard practices in appendix A, impacts to sensitive vascular and non-vascular botanical population or species would likely be limited.

*Cumulative effects*

Past, present and foreseeable future actions in the Boulder Park Ecological Restoration Project boundary were considered for the cumulative effects to sensitive botanical species. In the past 50 years, thinning and regeneration harvests, burning of units after regeneration harvests, soil compaction in the harvest areas, pesticide, herbicide and fertilizer usage, the building and use of roads, range, and to a lesser extent recreation have had variable amounts of impact on the watershed. Activities with ground disturbance such as road construction, road maintenance, and traffic, fires, range, and wildlife contribute to the cumulative increase of invasive plants. Other current land uses include both economic and recreational such as trail maintenance, hiking, hunting, dispersed camping, and off-highway vehicle use, firewood sales, and livestock grazing can increase invasive plants spread. The more ground disturbance any given area is subject to, a higher risk of invasive plant introduction, establishment, expansion or all three occurs. These previous activities along with present and future activities listed above, to a certain degree, can present the potential for invasive plants to become established or spread and affect sensitive plant populations. All of these activities are likely to continue into the reasonably foreseeable future.

Proposed activities could add cumulative impacts to the current populations of stalked moonwort (*Botrychium pedunculosum*), adder's tongue (*Ophioglossum pusillum*), black snake-root (*Sanicula marilandica*), and kidney-leaved violet (*Viola renifolia*) plus the spread and establishment of new invasive plants populations. The impact of invasive plants on native plant communities is cumulative. There would be minimal to no cumulative effects to stalked moonwort (*Botrychium pedunculosum*), adder's tongue (*Ophioglossum pusillum*), black snake-root (*Sanicula marilandica*), and kidney-leaved violet (*Viola renifolia*) as long as design criteria and standard practices are implemented.

Current ongoing and reasonably foreseeable activities include use by the U.S. Air Force for training purposes, herbicide spraying for invasive plants, road maintenance, public firewood gathering, public use of motorized vehicles, and other recreational activities such as dispersed camping, berry-picking, hunting, and hiking. These activities could result in direct damage to sensitive plants, indirect effects to sensitive plant habitats, and new disturbed sites available for colonization by weeds. No specific future activities needing further analysis are foreseeable in the project area at this time.

When the effects of past, present, and reasonably foreseeable activities are combined with the anticipated effects from the proposed activities, sensitive plants and their habitats may be impacted, but the action should not contribute to a negative trend in species viability due to unaffected habitat and occurrences remaining inside the project area and additional occurrences being present on the Forest.

### 3.1.3 Invasive Plants

The proposed action consists of a variety of vegetation treatments and fuel reduction methods that are expected to reduce the build-up of natural forest fuels and provide for improved forest health within the project area. Creating more open stands where sunlight could reach the ground would provide a more favorable environment for invasive plants to become established and spread.

Commercial thinning and mechanical fireline construction have the most risk for invasive plant establishment of the proposed treatment methods because there is the greatest likelihood of ground disturbance caused by equipment or concentrated use. The types of activities associated with harvesting trees, conveying them to a landing and decking them create areas where mineral soil could be exposed. Within the project area there are approximately 8,820 acres proposed for commercial thinning or shelterwood treatments utilizing ground based heavy equipment. Within harvested units invasive plant establishment first occurs on skid trails and log landing sites because of the exposed mineral soil and adequate sun light. If left untreated, infestations that began in these locations can soon spread throughout the harvest unit given that timber spacing would be greater and more sunlight would reach the forest floor. Winter harvest for these types of units would reduce the amount of disturbed soil since the snow would act as a buffer between the earth and the equipment.

Road and trail activities (e.g., construction, reconstruction, decommission) create areas of disturbance with bare soil which is susceptible to invasive plant establishment. These activities create substantial and often continuous areas of disturbance where nearly all native vegetation is removed, and mineral soil is left exposed without desirable vegetation to colonize the area. Disturbed areas create a seedbed readily susceptible to invasive plant invasion. These routes may act as vectors to spread invasive plants by vehicle and other uses (e.g., human, livestock, and wildlife). The proposed action would add an additional 114 acres of soil disturbance within the project area from roads. This amount of soil disturbance could potentially allow invasive plants to establish in areas where they do not currently exist despite best efforts to prevent such establishment.

Planting desirable vegetation following disturbance is important because removing invasive plant species with chemical or biological control measures may only open niches for other undesirable species to occupy or to be invaded by the same species (Masters and Sheley 2001). Effectively closing or decommissioning roads is also important in limiting the extent of invasive plant infestations. In addition, implementing management practices under management objectives 3 (minimize transportation of weed seed), 4 (incorporate weed prevention measures into project planning and design) 5 (pre-activity inventory and analysis), 6 (minimize ground disturbance and the exposure of mineral soil during project activities) and 7 (revegetate disturbed areas) of the *Colville National Forest Noxious Weed Prevention Guidelines* (USDA Forest Service 1999), invasive plant populations are not likely to spread substantially and could likely decrease. The effects of managing invasive plants are disclosed in the Pacific Northwest Region Invasive Plant Program FEIS (2005) and are incorporated by reference. Finally, a decrease in the total number of acres infested with invasive plants could be realized due to control efforts and design elements within the project area.

Construction activities proposed (e.g., road construction, maintenance, bridge replacements) would have direct effects with the generation of new openings and ground disturbance for weed establishment. Indirect effects would be the spread of weeds from these roads acting as vectors for weed populations. It is recommended that seeding with native grass seed following construction activities, with post monitoring and weed treatment which is included as a project design element to reduce invasive plant spread in the short and long term future.

The proposed action could cause a short-term increase in invasive plants from ground disturbance in the Boulder Park Ecological Restoration Project area. The recommended project design criteria and standard practices could prevent a significant amount of establishment and spread of new invasive plant populations.

*Cumulative effects*

Cumulative effects were analyzed at the project scale and relevant past, present, and reasonably foreseeable future actions were considered. Past actions brought invasive plants into the area and current activities outside of Forest Service control (e.g., actions on adjacent private property, recreation, unauthorized OHV use, firewood gathering) continue to occur and are expected to continue into the future. Invasive plant monitoring and treatment efforts required by the project may reduce the level of invasive plant infestations that currently exist within the project area but would not eliminate them. Based on current trends and the CNFs ability to treat invasive plants it is expected that most invasive plant species would persist, and infested acres would likely remain stable within the project area despite the number of acres treated for invasive plants.

## 3.1.4 Range

Portions of two grazing allotments are within the project area. Cusick-Gardner allotment lies within the northeast portion of the project area and consists of approximately 8,225 acres of which 93 percent, or 7,645 acres, is within the project area. The allotment is managed by one permittee and supports 42 cow-calf pair with a grazing season of June 1 to September 30. Ruby Creek is the other allotment within the project area. However, less than one percent, or 94 acres of the 28,531-acre allotment, is within the project area. It includes 126 cow/calf pairs.

The proposed action would result in a more open timber stand where there is likely to be a greater amount of herbaceous vegetation in the understory. Converting dense forested areas to more open stands results in the creation of transitory rangelands that provides forage to livestock and wildlife. Forested sites have a high potential for producing forage following logging because moisture availability is relatively high and competition from previously established species is less (Miller and Krueger 1976). Logged forest communities can produce approximately twice the herbage as primary rangeland and ten times more forage than un-logged forests (Miller and Krueger 1976). These areas can support relatively higher numbers of grazing animals (Gillen, Krueger, and Miller 1984). Transitory rangelands exist for approximately 10 to 30 years depending on when early structure stand tree canopies close, and older structure stands regenerate understories. Transitory rangelands would be created primarily by commercial fuel treatments, road construction and/or reconstruction, and surface fuels treatments. Reseeding of logged areas can create a valuable temporary forage supply and can hold and rebuild the soil for future timber crops (Wilson, 1960). Non-commercial fuel treatments would not likely create large enough openings to generate forage or produce transitory rangelands. Most of the created transitory rangeland would be in the non-riparian upland areas; therefore, they would act to attract livestock away from riparian areas by providing foraging areas in the uplands.

The proposed action would improve rangeland conditions by increasing productivity on primary rangelands through fuels treatments and the creation of transitory rangelands through vegetative treatments. These transitory rangelands would reduce the amount of grazing pressure on primary rangelands resulting in a decrease in impacts to soils and plant communities. Overall riparian health would also improve, as the creation of transitory rangeland in the uplands would decrease pressure on riparian areas. Effects of treatments are expected to provide quality forage in upland sites for up to 30 years.

Federal lands are very important in the production of red meat to supply public demand (Holechek 1981), and improved production of cattle from federal lands would help maintain the local grazing industry, the ranching lifestyle, and the local economy. The proposed action would allow permittees to continue grazing at current levels with greater economic returns.

*Cumulative Effects*

Current timber harvest levels on the Forest are greatly reduced as compared to the mid-1990s. This compared with a switch from regeneration harvesting (clearcut, seed tree and shelterwood treatments) to intermediate harvests (thinning) has decreased the number of openings being created in the forest and the resulting available forage. This means that there is less transitory range being created by vegetation management projects on the Forest than there has been in the past. The amount of transitory rangeland within the project area would increase following implementation and would provide valuable upland foraging opportunities for livestock, thereby attracting them away from riparian areas.

The activities in the proposed action, combined with past, present, and reasonably foreseeable future actions would have no effect on the amount of grazing that would occur within the allotment as grazing levels would remain the same and the transitory range would return to forested lands over time.

# 3.2 Physical Factors

## 3.2.1 Watershed Function

The hydrology and fisheries resources specialist report (Jones and Lawler 2019) examines the potential effects of the proposed Boulder Park Ecological Restoration Project on watershed function within the Tacoma Creek Subwatershed and Cusick Creek Catchment. Tacoma Creek subwatershed and Cusick Creek catchment are both rated as "Functioning at Risk" under the Watershed Condition Framework (WCF) (USDA 2011). The project would affect the aquatic physical categories of water quality, water quantity, stream habitat, and habitat connectivity. These categories are most affected by road density and habitat fragmentation.

The analysis considers key components of the proposed action including forest vegetation treatments, stream restoration (habitat and function), adjustments to the Batey-Bould Trail, and other restoration actions. The analysis focuses on roads, stream flow regime, water quality, riparian function, channel stability, fish passage, and fish habitat quality. These watershed and fisheries considerations, along with the analysis of the expected and potential effects, with and without implementation of the proposed action, were assessed using relevant scientific literature, field survey data, and professional judgment.

The proposed action meets forest plan direction for water quality management as design criteria and best management practices (BMPs) would be fully implemented. Under the proposed action, some short-term impacts to aquatics and watershed function would occur. In the long term, implementation of the proposed action would improve watershed conditions and move the area toward the desired future condition.

The proposed action is not expected to hinder or retard[6] the attainment of Washington State water quality standards, INFISH RMOs[7] for pool frequency, large woody material, water temperature, and wetted width to depth ratio, or cause substantial harm to native fish or their habitats in the long term. Implementation of the proposed action is not expected to adversely affect inland native fish nor prevent attainment of RMOs as described in INFISH.

## 3.2.1.1 Water Quality

### Stream Temperature

Water temperatures in Tacoma Creek and Cusick Creek are currently impaired and are not meeting INFISH RMOs or state standards for Total Maximum Daily Load. They are both currently listed on the 305b list for temperature. Limited timber harvest and prescribed burning are proposed in the RHCA, for the purpose of improving forest health and reducing fire hazard risk within the RHCA. Road construction and reconstruction is expected to be the dominant source of temperature changes to area streams. However, road corridors are narrow, and the limited number of openings created at these locations would have minimal and unmeasurable effect on shade within the RHCA.

Treatments may remove some existing shade-providing trees in the short term. In the long term, removal of these conifers would allow for greater growth of the remaining stand and increased shade on these streams. It is not likely that treating these stands along streams would result in long-term increased stream temperatures downstream on fish-bearing waters or cause adverse effects to inland native fish.

The majority of fuels treatment activities would occur outside of RHCAs. However, prescribed fire would be allowed to creep into RHCAs and would have beneficial effects to aquatic resources by reducing surface fuels, thinning trees, stimulating growth of aspen and other hardwoods, and increasing the canopy base height. Reduction in the fuel loading in riparian areas would reduce the risk of stand-replacing fire along the stream channels and subsequent loss of stream shading. Prescribed burning would be done throughout the project area and may impact some acres of RHCAs. Burning in riparian areas would be done under controlled conditions so extensive vegetation loss near streams is unlikely. Prescribed fire may produce water temperature increases through reduction of streamside shade (Amaranthus et al. 1989), though prescribed fire would be done in a way to not remove any existing shade on streams already below standards. Burn prescriptions and project design elements would provide Forest personnel a high degree of control over the burn intensities within the RHCAs to maintain the majority of the burn at a low intensity, to minimize the severity on soils and riparian vegetation. These techniques would result in a patchy distribution of burned and unburned areas in RHCAs based on the Forest's experience with past prescribed burning activities in RHCAs using the same technique (2014 effectiveness monitoring Browns Lake 26C). BMPs for low intensity burning include retention of at least 90 percent of stream shade. The prescribed burning would occur when moisture and climate conditions would minimize the potential for a high intensity burn. With a low intensity burn, very little stream vegetation providing shade is expected to be consumed under the more moist conditions encountered in riparian areas associated with perennial streams. In a recent study, Beche et al. (2005) found that a fall prescribed fire within the riparian zone of a mixed-conifer forest in El Dorado County, California was patchy in terms of intensity, consumption, and severity. Additionally, they found that although 49.4 percent of all tagged trees (>11.5

---

[6] Retard is defined within INFISH as to slow the rate of recovery below the near natural rate of recovery if no additional human caused disturbance was placed on the system.

[7] Inland Native Fish Strategy, USDA Forest Service 1995 (INFISH) amended the forest plan in 1995 to increase protection of native fish and their habitats. Desired Future Conditions are measured by the INFISH Riparian Management Objectives (RMOs).

centimeters/4.5 inches) and snags were scorched by the prescribed fire, only 4.4 percent of all tagged trees were dead one year after the prescribed fire. In general, the trees killed by the prescribed fire were small and located near areas of high litter accumulation (Beche et al. 2005). Personal observations of wildfire behavior during 2015 Kaniksu complex fires in late summer were consistent with the findings of Beche et al. (2005) in that when fire encountered riparian areas, there was very little fire impact (e.g., trees were generally not burned, and duff layer was only surface burned rather than fully consumed). There is not expected to be any loss of shade from low intensity burns, but if there is, it would be less than 10 percent at the reach scale, which is not enough to affect stream temperature.

Road maintenance, haul, and road closures would have a neutral effect to stream shading and water temperatures. Reducing roads within riparian areas, as recommended in the project's road analysis, would allow more vegetation to grow near streams and increase the potential of shade cover in the future. Removal of roads and culverts in RHCAs would reduce sediment input to streams, allowing the formation of deeper pools and reducing water turbidity, which would help to maintain lower water temperatures. Road decommissioning actions would not have any immediate effect on shade. Conifers and native riparian hardwoods would be planted in decommissioned road segments as part of the decommissioning process. Over the long-term (50-70 years) shading would increase beyond baseline as planted conifers become established and grow to a size that provides shading.

Conifer removal in meadows may reduce shade-providing trees that reduce water temperatures, but RHCAs would benefit because streams are likely to gain more flow and have larger trees growing on the streambanks as a result of conifer removal. Cut trees would be used as LWM in stream channels, creating aquatic habitat, and providing alternative shade to stream channels.

Stream restoration in Tacoma Creek would create more complex habitat across the project area. The restoration activities include large wood addition and reconnection of the stream with its floodplain. Reconnecting the stream with its floodplain would raise the water table and enhance the hyporheic zone that occurs near edges of water, where there is mixing of shallow groundwater and surface water. This surface water-groundwater interaction naturally cools stream water and plays an important role in fish spawning. An increase in riparian vegetation growth next to streams would also occur creating more shade that would reduce stream temperatures.

The majority of timber felling, fuels treatments activities, and road actions would occur outside of RHCAs under the proposed action. As long as the activities that do occur within the RHCAs follow the design criteria and BMPs, stream temperature conditions are expected to maintain or slightly improve with the implementation of the project. When harvest occurs within the RHCA, access for cattle may be increased to the riparian areas. Increased cattle access may increase cattle activity in the RHCA and affect water quality parameter of stream temperature from overgrazing of the riparian forage resulting in reduction in shade.

**Cumulative Effects**

Some past activities, including thinning in riparian areas, road construction and maintenance, grazing, wildfires, fencing riparian areas, and riparian planting have all likely affected stream temperatures in the project area. There are no future foreseeable activities proposed for this watershed that would affect stream temperatures. Past harvest activities removed some trees that provided shade to streams within riparian areas. Road construction in riparian areas or crossing creeks removed riparian vegetation along the roadbed and in some cases,  this left long stretches of streams without shade. Grazing of riparian areas in the past removed vegetation that was providing shade and also caused higher stream wetted width to

depth ratios through bank trampling. This created a larger surface area versus depth increasing the efficiency of solar radiation heating up streams.

All activities that reduce stream shade could potentially increase stream temperatures. Currently much of the past reduction in shade is recovering or would continue to recover in the future. Overall there would still be some roads that would contribute to a reduction in shade along some segments of streams. Grazing would still affect riparian vegetation on some streams.

### Bacteria

New road segments, timber harvest, and fuels treatments on gentle slopes close to streams may increase cattle access into riparian areas in the Cusick Creek catchment. Cattle are attracted to these areas because of easy access to water, shade, and forage. Increased cattle access may increase cattle activity in the RHCA and affect water quality (i.e., increased bacteria levels). Units that could provide additional access to the streams from harvest treatments are expected to be treated for fuels in a manner that would discourage any additional use by strategically leaving and piling slash or fencing to present a barrier to cattle. Critical areas within the harvest units are expected to be identified and treated with mastication, retain slash or both rather than under burned or bio-mass removal. Without effective barriers, the potential for an increase in fecal coliform in the streams goes up since cattle are naturally drawn to riparian vegetation due to higher nutrient and water content than upland forage. Since the proposed action includes effective barriers to riparian areas along harvest unit edges adjacent to RHCA zones bacterial levels in streams are expected to not change.

### Sediment

Sedimentation to streams and wetlands would be the primary concern to water quality resulting from timber harvest, road construction, and prescribed burning under the proposed action. Road prisms are the primary source for increased sedimentation to the area streams. The proposed action would construct new closed system roads. New road construction is expected to have a reduced effect on the riparian function as compared to the current road system since fewer miles of road would be within the RHCA and a reduction in total number of crossings would occur by the end of the project.

After temporary stream crossings and roads are removed and stream channels are restored, an improvement would be expected in the form of reduced road related sediment delivery and restored groundwater connectivity. In combination with the removal of about 3.5 miles of road within the RHCA management zone, a reduction in effects to Tacoma Creek and tributaries would be expected. Similarly, as a result of removal of about 2.4 miles of road within the RHCA management zone, a reduction in effects to Cusick Creek and tributaries would be expected. The effect of leaving these roads in place would allow elevated road related sediment delivery to continue as the road is located within the RHCA. In some reaches the road edge is the stream bank which restricts the streams ability to regulate itself due to lack of shade, vegetated bank stability, and lack of flood plain connectivity. The effect on water quality at all temporary stream crossings is expected to be short duration during installation and removal with channel restoration post-harvest.

### Cumulative Effects

From the early 1900s, past actions in the Tacoma Creek subwatershed and Cusick Creek catchment include homesteading, livestock grazing, timber harvest, road construction, firewood cutting, and recreation. Timber harvest and associated road and skid trail construction occurred within the riparian area in the past.

Dispersed camping is high use in the Tacoma Creek subwatershed and limited in the Cusick Creek catchment. In some instances, harvest units become attractive areas for the creation of unauthorized OHV trails which typically are not engineered or designed for appropriate hydrologic drainage. There is potential for an increase in unauthorized trails to occur where harvest units are located alongside roads and trails due to the legal use of OHVs on county roads. Provided design requirements and specified BMPs are implemented correctly, it is expected new unauthorized trail opportunities would be minimal to none and impacts associated with unauthorized trails to aquatic health and function would not occur.

Annual use of maintenance level 1 (closed) roads would continue to have a greater impact than closed roads put into storage with hydrological stabilization. The greater impact would be due to unnatural sediment delivery of road fines to the streams in the subwatersheds from culvert failures, unmanaged erosion control, groundwater interception, etc. Lack of hydrologic stabilization on maintenance level 1 (closed) roads would continue to affect the watershed and potentially water quality long-term.

Activities contributing sediment to streams, if left as is, would continue to impact aquatic habitats. Actions taken in the past in an attempt to reduce the amount of sediment entering into streams were to decommission and hydrologically stabilize roads that were no longer needed. However, there are still road and stream crossings that continue contributing sediment to streams. Most proposed activities, while they may cumulatively contribute to sediment mobilization, would not cumulatively add to the amount of sediment in streams due to riparian management zones and several mitigation measures designed to keep sediment from reaching streams. Though road decommissioning may contribute to additional sediment input in the short term, these roads would stabilize once closed and return to more natural conditions.

Subwatersheds and catchments in the project area may have experienced an increase in sediment load due to past management activities including road construction, timber harvest, wildfire suppression, grazing, and failure of instream fish structures. Road construction increased the drainage area with stream crossings that allow sediment to be transported directly to the streams from roads. Management activities and grazing in the past caused bank destabilization, which contributed sediment to the fish-bearing streams within the project area. Road culverts have caused bank erosion contributing sediment to the streams; some of these structures are proposed to be removed. Past activities that have reduced sediment input into streams include removal of roads within RHCAs, allowing riparian vegetation to recover providing for increased bank stability.

Present activities that are contributing to an increase in sediment transport to streams include grazing and existing roads. Continued grazing is still causing bank destabilization and sediment input to streams at some locations in the Cusick Creek catchment. Several roads in riparian areas are chronic sediment sources for area streams. Maintaining management techniques and encouraging livestock to move out of riparian areas regularly would help stabilize stream banks and restore floodplain function so more sediment can be filtered out of streams during high flows.

## 3.2.1.2 Water Quantity

### Streamflow

Timber harvest can lead to both short- and long-term changes in streamflow (Scherer and Pike 2003, Moore and Wondzell 2005). Peak streamflow can initially increase following timber harvest due to a reduction in water uptake by vegetation as well as increased overland flow. However, the increase in shrub and herbaceous ground cover that often follows timber harvest can lead to long-term increased water uptake by vegetation and reduced overland flow, and thus less extreme peak flows. The reduction in canopy cover decreases the amount of snow intercepted by the canopy and lost to evaporation and

sublimation (Stottlemyer and Troendle 2001, Storck et al. 2002, Ellis et al. 2013). Greater snow accumulation on the ground, coupled with long-term increases in infiltration, has the potential to increase groundwater levels and lead to higher and more sustained stream base flows.

The increased use of existing roads and construction of temporary roads during logging activities can also contribute to increased peak stream flows during and following timber harvest due to the increased delivery of water to the stream channel across compacted road surfaces. Increased peak streamflow and decreased stream base flow can also occur following large scale, high-severity wildfires due to decreased soil water infiltration and increased overland flow (Neary et al. 2005).

Ground based logging systems generate more skid trails and landings than other forms of yarding used for timber harvest. This usually results in a greater degree of compacted soils, lower infiltration rates, and higher erosion rates than areas harvested with other yarding methods (Jimenez 2018). Both ground-based units and skyline units require new system roads or temporary roads to be built. Skid trails, landings, system roads, and temporary roads have a detrimental effect on shallow groundwater flow and infiltration rates as well as increased surface runoff and connectivity (e.g., increased overland flow and ponding due to compaction which can result in mass failure and/or rerouting of channel flows). This typically results in increased sediment delivery to the streams in the drainage. Based on field observations within the RHCA on other areas of the district, appropriate implementation of BMP and INFISH recommendations have resulted in minimal to no effects from timber harvest and prescribed burning.

Road prisms are the primary source for increased sedimentation to area streams. The proposed action would construct new maintenance level 1 system roads that would be closed post project. New road construction is expected to have less effect on the riparian function as compared to the current road system since right sized culverts and better drainage techniques are being implemented than when roads were built in the late 1900s.

Temporary road construction would include temporary stream crossing structures. The temporary crossings are expected to have minimal short-term effect on the riparian function in the subwatershed as temporary roads are expected to have all stream crossings removed, road prisms fully obliterated, and restored to full forest productivity post-harvest. Were these roads not fully obliterated and contoured, an increase in road density would occur. The expected result would be an increase in adverse effects to the subwatersheds. Fully obliterating temporary roads would increase vegetation productivity as well as properly functioning hillslope hydrology which includes infiltration and natural shallow subsurface flow rather than overland flow which causes an elevated rate of erosion and higher risk of hillslope failure. Roads would be placed in a hydrologically inert status, cross drains and culverts would be removed and the area returned to natural drainage. This would prevent water from ponding on the road and potentially causing a road failure that delivers sediment into the stream system or a mass wasting event. In the short-term, soil would be more conducive to erosion while vegetation is re-establishing.

Reconstruction of roads would vary in level of disturbance (light, moderate, or heavy). Stream crossings on reconstructed closed roads would likely necessitate culvert replacement or installation. These culvert replacements would likely have short term impacts of increased sediment delivery, however appropriately sized replacement culverts would provide for long term reduction in sediment inputs to the stream network by reducing velocity and in stream bank erosion. Rock needed for road construction or reconstruction would come from commercial source and no rock pit expansion or development is proposed.

Trails and stream crossings created from unauthorized OHV use in this subwatershed are considerable and not fully accounted for. The effects from these unauthorized trails and stream crossings often reduce water

quality due to lack of design and drainage control. These unauthorized trails would be restored to native terrain (decompacted and covered with slash) when located in harvest units or by the Forest Damage Response Team to the extent funding and crew availability allows. The potential for further unauthorized trail development in newly harvested units would be reduced by proper implementation of BMPs in closure of the units. The overall effects of these actions would be an improvement to the aquatic resources.

*Water Yield*

Water yield is known to be influenced by a reduction in vegetation, although shrub and forbs growth usually dampens this effect within a relatively short time, typically within one to two growing seasons. The stream channels in this subwatershed have been formed by natural stand-replacing events throughout time. In a synthesis of existing literature, Grant et al. (2008), found the detection threshold for changes in peak flows occurs at 20-25 percent of watershed basal area harvested. This project would result in less than 20 percent of watershed acres treated (basal area treated is less than acres treated). As this falls below the 20-25 percent needed for detection there would be no measurable effect and water yield will not be discussed further.

Total length and density of roads can reduce soil infiltration and cut off natural flow paths leading to increased flows including peak flows. Generally, more roads have a higher potential for increased road related sediment delivery, increased peak flows and decreased late season flows. The proposed action would decommission nearly six miles of road segments within RHCAs. Reductions in the density and length of road can result in less runoff being intercepted and routed into streams.

## 3.2.2 Riparian Condition

Historically, fire has been an integral disturbance agent in riparian systems (Dwire and Kauffman 2003). Fire exclusion has allowed fuels to accumulate on the forest floor – the duff is thicker, and the amount of down wood is probably greater (Smith and Fisher, 1997; DeLuca and Sala, 2006). Fire suppression has reduced the influence of fire, resulting in fuel accumulation and increased likelihood of large, severe wildfires (Taylor and Skinner 1998). Historically timber harvest often occurred within riparian areas and adjacent to streams in the project area. In Tacoma Creek subwatershed and Cusick Creek catchment native vegetation is vigorous, healthy, and diverse in age, structure, cover, and composition on less than 25 percent of the riparian/wetland areas in the watershed. Native vegetation demonstrates a noticeable loss of vigor, reproduction, growth, and changes in composition as compared with the site's potential communities throughout areas most susceptible to human impact. In these areas, cover and composition are strongly reflective of early seral species dominance although late- and mid-seral species will be present, especially in pockets. Mesic-dependent herbaceous vegetation is limited in extent with many lower terraces dominated by xeric species most commonly associated with uplands. Reproduction of mid and late seral species is very limited. For much of the area, the water table is disconnected from the riparian area and the vegetation reflects this loss of available soil water. A large percent of native vegetation attributes along stream corridors, wetlands, and water bodies in the Tacoma Creek subwatershed and Cusick Creek catchment are considered functionally impaired.

RHCA treatments would provide a safer and more effective fire suppression environment, improve forest health, and provide for a more sustainable vegetation condition consistent with protecting and maintaining riparian habitat values. Prescribed fire ignition points would be limited to areas outside the RHCAs but would be allowed to slowly creep or back into these areas. Low intensity creeping ground fires tend to burn in a mosaic pattern and usually burn out before they reach riparian areas, due to the cool moist

vegetation conditions associated with riparian areas and streams. The few acres that may burn in riparian areas associated with the floodplain would be small and re-vegetate quickly before most runoff events. Based on previous prescribed burn, 2014 Browns Lake 26C, Colville BMP monitoring results on the district and the timing and magnitude of burning there would have no negative effects to aquatic habitat or species. Prescribed burning would benefit aquatic species or aquatic habitat by reducing the chance of a stand-replacement wildfire that could remove significant amounts of stream shade and increase sediment loads.

Vegetation treatments in RHCAs would incorporate aquatics objectives. The objective of the RHCA treatments within project units is to accelerate the recovery of these areas toward the desired future condition by reintroducing riparian vegetation, providing for tree species that would grow large enough to contribute to LWM recruitment, provide more long-term shade to streams and reduce the potential for adverse impacts from high intensity wildfire. Leaving shade on the south to southwest side of streams would reduce the potential of contributing to temperature increases of the water. Soil disturbance and compaction along stream channels and wetlands would be reduced through BMPs such as winter logging, use of slash mats, and staying outside the fifty-foot buffer zone. Priority treatment areas are those where the treatment would increase the DBH of the residual trees, allow for advanced regeneration such as Engelmann spruce, red cedar, and western hemlock to be released or be reintroduced. Plantings of hardwoods such as black cottonwood, willow, and quaking aspen would also increase diversity within RHCAs.

All RHCA treatments are designed to minimize erosion from soil disturbance, and to protect and maintain the riparian vegetation that provides bank stabilization and habitat for wildlife, fish, and other aquatic species. Overall, the effects from RHCA treatments would be beneficial to aquatic species and their riparian habitat by increasing late season stream flows (discussed in 3.2.2.1), maintaining lower stream temperatures, creating larger trees, and providing LWM to stream channels.

*Habitat Elements*

**Pool Frequency, Large woody material, Wetted Width to Depth Ratio[8]**

Stream enhancement and fish passage activities that would occur under the proposed action include excavation and fill of sediment and ground disturbing activities within and adjacent to the Tacoma Subwatershed and Cusick Creek Catchment stream channel network. The excavation and fill would create a short-term pulse of sediment in these streams. Work would occur during the instream work window when the flows are low and the potential for sediment transport in the stream channel is low. Sediment entering the stream during instream work would be removed by higher spring flows prior to native fish spawning. Sediment is discussed in depth in 3.2.2.1 and 3.2.2.3.

The attainment of INFISH RMOs would be directly affected by the implementation of the proposed stream enhancement and road relocation and decommissioning activities. The proposed stream enhancement and road activities would accelerate the attainment of INFISH RMOs by obliterating road sections of the RHCA. Overhead canopy in the long term would increase as this vegetation matures. Tacoma Subwatershed and Cusick Creek Catchment should have acceptable numbers of instream large wood as the existing riparian stands continue to mature and decay. Additional large wood would create and enhance pool habitat, and potential improvements to stream wetted width to depth ratios. Therefore,

---

[8] Width Depth Ratio is a measure of bank stability and natural channel morphology and is important in providing optimal habitat for inland native fish. The RMO is mean wetted width / mean wetted depth less than 10.

the RMOs for LWM, pool frequency, and wetted width to depth ratio would improve under the proposed action, and attainment of these RMOs would be accelerated.

The proposed action would directly affect riparian vegetation and bank stability in the short-term through the use of heavy equipment instream and on streambanks by implementing stream enhancement and fish passage activities. This heavy equipment use would disturb existing riparian vegetation in the short-term. Although some individual riparian plant mortality is expected, it is not expected to be as severe, nor as long term as without implementation of the proposed action. Past experience has shown that the expected riparian plant mortality would be short-term in nature and that within two years the majority of the disturbed area would be completely recovered.

The attainment of INFISH RMOs would be directly affected by the implementation of thinning activities in the proposed action. The primary INFISH RMO with potential to be directly affected by these activities is LWM, as thinned conifer trees within RHCAs would be added to stream channels. Trees added to stream channels would improve habitat conditions similar to the natural recruitment of LWM as described above and contribute to meeting INFISH RMOs.

No other activities associated with the proposed action have any potential to directly affect stream channel and fish habitat conditions or the attainment of INFISH RMOs because none occur within stream channels.

**Stream Channel, Fish Habitat Conditions, and Attainment of INFISH RMOs**

Pool frequency and quality would be maintained in the short term under the proposed action and has the potential to increase in the Tacoma Subwatershed and Cusick Creek Catchment with the implementation of the stream enhancement and road decommissioning activities associated with the proposed action.

Reduction in the fuel loading in riparian areas would reduce the risk of stand-replacing fire along the stream channels and subsequent loss of stream shading.

Any trees removed from RHCAs associated with the stream enhancement activities would be selected in such a manner as to not measurably affect stream shade and would therefore not measurably impact water temperatures. For example, one tree may be removed from a group of 4-5 trees (leaving the primary shade producing trees with less competition for resources), or trees may be brought in from nearby upland areas that are not producing stream shade.

Vegetation treatments and prescribed burning in RHCAs would accelerate the attainment of RMOs for LWM in the affected stream reaches. Treatment of overstocked stands in these RHCAs would result in the stands producing larger trees more rapidly because competition for limited resources would be reduced. Also, the treated stands would be more resistant to stand-replacing wildfire as well as insect and disease following treatment. Native riparian plant species within the project area generally need high levels of sunlight to flourish and do not typically exist under closed canopy conditions. Vegetation treatments and prescribed burning within RHCAs would be expected to beneficially affect riparian vegetation, as the amount of sunlight reaching the forest floor after treatment would be greater than prior to treatment. The predicted effect would be that of more abundant riparian plants growing more robustly and a higher percentage of ground cover existing in the affected riparian areas. This effect would continue until the remaining trees grow to a point that canopy cover is similar to pre-project levels. Canopy cover would again reach pre-project levels in 40-50 years if left untreated.

Prescribed fire would be used to reduce fuel loadings throughout the project area. No lighting would occur within RHCAs. However, fire would generally be allowed to back into streamside riparian areas.

Reduction in the fuel loading in riparian areas would reduce the risk of stand-replacing fire along stream channels. Prescribed burning activities are not expected to directly impact stream channels or attainment of INFISH RMOs, as little to no effects to stream channels are expected to occur with implementation, based on the resource protection measures in place and past experience. Past experience has led to the determination that any direct impacts to stream channels resulting from prescribed burning would be at an immeasurable, negligible level. No streamside riparian vegetation or instream large wood is expected to be consumed because of the low intensity nature of the fire and the fact that burning would occur when streamside areas are wet (spring or fall), as upland areas would be moist enough to promote low intensity fire.

Wetted width depth ratio (WWD) provides a relative index of channel shape and is a good indicator of channel instability trends. The WWD is related to physical processes governing the distribution of energy and resultant sediment transport. Channel dimension, pattern, profile, and corresponding stream types change when the WWD is altered. Losing stream bank vegetation and having unstable stream banks can lead to altering WWD. WWD has been found to correlate with sediment characteristics under a wide range of conditions. WWD can indicate the type of suitable habitat available for in-stream biota. For example, a large WWD ratio indicates a wide and shallow stream channel. Wide and shallow streams are prone to increases in stream temperatures due to high surface area to volume ratio and provide little habitat for fish, due to the lack of water depth. In contrast a low width-to-depth indicates a deep channel which might provide excellent adult trout habitat. Wetted width to depth ratio has a similar potential to be affected by the proposed action as pool frequency, because both would be affected similarly by excess sediment deposition. The closures and decommissioning of certain roads within the riparian areas of Tacoma Creek, Cusick Creek and their tributaries are expected to improve riparian conditions locally within these affected areas (EA appendix B - page 6). In this localized area and downstream, the width to depth ratio is expected to remain stable as additional sediment from the proposed harvest is not expected to enter the stream and vegetation currently providing bank stability would not be disturbed as part of this proposed action. The existing condition for this factor would be maintained.

## Cumulative Effects

Cumulative impacts result from the incremental impact of the action when added to other past, present and reasonably foreseeable future actions. The list of past, present, and reasonably foreseeable future actions (section 3.4) was reviewed for projects that may continue to have effects relevant to aquatic resources. Past present and reasonably foreseeable future actions that could create cumulative effects on large wood, pool frequency and wetted width to depth ratios include timber harvest, road and trail maintenance, grazing (in Cusick Creek catchment) and, rehabilitation of dispersed recreation sites are expected to continue on NFS lands and private land in the project area.

Past harvest activities removed some trees that would have been potential large wood within RHCAs. Road construction along RHCAs or crossing creeks removed all riparian vegetation along the roadbed. In some cases, this activity removed trees that would have become large wood once it fell into the stream. The prior harvest road building in the RHCA that affected the large wood recruitment in tributary streams is over thirty years old and is recovering. The current condition of the proposed RHCA treatment areas is a lack of large trees adjacent to streams and a lack of expected riparian vegetation communities in all affected stream reaches. Tree usually reach LWM size within about fifty years. Though the streams may not have large wood presently, recovery is well underway. All current or foreseeable timber harvest or road management operations should follow state or federal BMPs. When considering cumulative effects to LWM is unlikely to change.

Cattle grazing occurs in the Cusick Creek catchment. Cattle can utilize streams for watering and can cause localized sediment sources where the trailing and watering takes place. If livestock access and use is increased to riparian areas after treatments are applied on the landscape under the proposed action which elevates the levels of use above the appropriate forest plan standards, then mitigation measures to reduce impacts to the riparian areas would be applied. These activities would include fencing, leaving cut material scattered to impede access and strategic hand falling of trees. This process of identifying the proper levels of use and if resource impacts are occurring would be evaluated during allotment level range monitoring and field inspections. When considering these cumulative effects to pool frequency and wetted width to depth ratio the Boulder Park Ecological Restoration Project may result in small short-term (five to ten years) increases in sediment followed by long term decreases (after ten years) in sedimentation.

Road construction in the project area has likely had short term negative effects to fish habitat conditions in the project area. These roads interrupt natural processes such as large woody material recruitment, production of large wood, and stream shading. Improperly surfaced roads, particularly within RHCAs, contribute sediment to streams. Stream crossing can fragment fish populations by blocking fish passage, which has occurred at least 26 locations in the project area. Stream crossings also interrupt natural processes such as large woody material transport. Crossings may also fail during storm events and contribute large quantities of fine sediment to streams. Roads also increase watershed efficiency, resulting in higher peak flows and decreased base flows. Roads have reduced the fish habitat in the project area, resulting in a probable decline in native fish populations. Current and future road maintenance is designed with BMPs and should improve existing habitat conditions over time.

The road/trail construction and maintenance, rehabilitation of dispersed recreation activities would decrease sediment levels in the watershed which may incrementally improve the existing habitat conditions in the long term.

## 3.2.3 Road Density

The Road Density WCF Indicator is impaired since approximately 21 miles (34 percent) of the roads in Tacoma Creek subwatershed and approximately 9.5 miles (32 percent) of the roads in Cusick Creek catchment are within the RHCA. Roads contribute more sediment to streams than any other land management activity (Hermann et al. 2001, USDA 1997, Meehan 1991), but most land management activities are dependent on roads. The majority of sediment from timber harvest activities is related to roads and road construction rather than harvest methods (Chamberlain et al.1991, Furniss et al. 1991, USDA 1997, Hermann et al. 2001). Roads directly affect natural sediment and hydrologic regimes by altering streamflow, sediment loading, sediment transport and deposition, channel morphology, channel stability, substrate composition, stream temperature, water quality, and riparian conditions within a watershed (USDA 1997). Stronghold populations of salmonids are associated with higher-elevation forested lands and the proportion declines with increasing road densities (Quigley et al. 1996). The higher the road density, the lower the proportion of subwatersheds that support strong populations of key salmonids. Specifically, Quigley et al. (1996) showed a strong correlation with road densities of two miles/mile$^2$ or higher and reduction of strong populations of salmonids.

Table 15, table 16, and table 17 describe the changes in road density and stream crossings occurring in each watershed effected by the Boulder Park Ecological Restoration project. A decrease in road density is generally considered a beneficial effect on watershed function and overall fish habitat. Road density post project is expected to decrease in the Tacoma Creek subwatershed by about nine miles and decrease in the Cusick Creek catchment by about five miles (~1 percent reduction in both Tacoma Creek subwatershed and Cusick Creek catchment). Miles of road located within the RHCA management zone would decrease

in the Tacoma Creek subwatershed by about seven miles resulting in an RHCA road density decrease from 3.2 to 3.0 mi/mi$^2$, and in the Cusick Creek catchment, a decrease of about 2.5 miles of roads resulting in decrease in road density from 3.2 to 2.8 mi/mi$^2$. Approximately 50 stream crossings would be removed or restored and about 16 new crossings would be installed in the Tacoma Creek subwatershed for a net decrease of 34 stream crossings. Approximately 24 (Tacoma – 21; Cusick – 3) temporary stream crossings would be needed throughout the life of the project. If the temporary crossings are determined to be necessary for more than one year, they would be built to meet the permanent standards described in the WDFW memorandum of understanding but removed following project activities. If all temporary crossings are built to permanent standards there would be a net decrease in stream crossings by 10 for the life of the project. The Cusick Creek catchment would have five stream crossings removed with no new permanent crossings. Up to three temporary stream crossings would be installed. If all temporary crossings were deemed to be necessary for more than one year (permanent for the life of the project), a net increase of three stream crossings would occur until the temporary roads and planned removal of crossing structures were implemented. Once temporary roads and all associated stream crossings were removed following project activities, the full beneficial effect of the project would be achieved (e.g., reduction in sediment delivery, increased floodplain connection, improved hydrologic function, and reduced in stream erosion due to unnaturally high velocities due to undersized culverts). The time period for these activities is expected to be approximately 10 years. The majority of the temporary roads would be expected to be in use for more than one year.

**Table 15. Miles of road and road density in Tacoma Creek subwatershed and Cusick Creek catchment**

| Subwatershed/ Catchment | Project area NSF land (miles$^2$) | WSHD* Area (miles$^2$) | Miles of closed roads (**ML 1) | Miles of open roads (ML 2-5) | WSHD Open Road Density (miles/miles$^2$) | WSHD Total Road Density (miles/miles$^2$) |
|---|---|---|---|---|---|---|
| Tacoma Creek subwatershed Current Condition | 42.4 | 61.8 | 55.0 | 109.0 | 1.8 | 2.7 |
| Tacoma Creek subwatershed Post Project | 42.4 | 61.8 | 53.8 | 101.2 | 1.6 | 2.5 |
| **Net gain/loss Post Project** | - | - | **-1.2** | **-7.8** | **-0.2** | **-0.2** |
| Cusick Creek Catchment Current Condition | 13.1 | 26.6 | 21.2 | 41.3 | 1.5 | 2.4 |
| Cusick Creek Catchment Post Project | 13.1 | 26.6 | 22.0 | 35.6 | 1.3 | 2.2 |
| **Cusick Creek Catchment Net gain/loss** | - | - | **+0.8** | **-5.7** | **-0.2** | **-0.2** |

*WSHD = watershed, **maintenance level

**Table 16. Miles of road and road density in RHCAs in Tacoma Creek subwatershed and Cusick Creek catchment**

| Subwatershed/ Catchment | RHCA Area (miles$^2$) | WSHD RHCA* Road Density (miles/miles$^2$) | Miles of open road within RHCAs | Miles of closed road within RHCAs | Road within proximity to RHCA (%) |
|---|---|---|---|---|---|
| Tacoma Creek subwatershed Current Condition | 17.6 | 3.2 | 38 | 17.8 | 34% |
| Tacoma Creek subwatershed Post Project | 17.6 | 3.0 | 37.6 | 14.7 | 33% |
| **Net gain/loss Post Project** | - | **-0.2** | **-0.4** | **-3.1** | **-1%** |
| Cusick Creek Catchment Current Condition | 6.3 | 3.2 | 15.2 | 5.1 | 32% |
| Cusick Creek Catchment Post Project | 6.3 | 2.8 | 13.8 | 4.1 | 31% |
| **Cusick Creek Catchment Net gain/loss Post Project** | - | **-0.4** | **-1.4** | **-1.0** | **-1.0%** |

*WSHD RHCA = watershed riparian habitat conservation area

**Table 17. Stream crossings in Tacoma Creek subwatershed and Cusick Creek catchment**

| Subwatershed / Catchment | Permanent Crossings on New Road Construction | Crossings on Temporary Road | Permanent Crossings removed |
|---|---|---|---|
| Tacoma Creek | 16 | 21 | 50 |
| Cusick Creek | 0 | 3 | 5 |

## 3.2.4 Habitat Fragmentation - Physical barriers and impaired culverts

The Watershed Condition Framework provides a condition rating to assess physical barriers for aquatic organisms (Table 18). There are 26 culverts in the Tacoma Creek subwatershed that have been identified as barriers that need to be addressed to provide aquatic organism passage. Many of these barriers do not allow passage which indicates Tacoma Creek subwatershed as being rated **Functioning at Risk** for aquatic organism passage.

**Table 18. Watershed Condition Framework of condition rating for aquatic organism physical barriers.**

| Element | Indicators | Properly Functioning | Functioning at Risk | Not Properly Functioning |
|---|---|---|---|---|
| Habitat Fragmentation (Aquatic Organism Passage) | Physical Barriers | Fragmentation of habitat is not a serious concern (>95% of historic aquatic habitats are still connected). | Aquatic habitat fragmentation is increasing due to temperature, aquatic organism passage blockages, or dewatering (only 25% - 95% of the historic aquatic habitats are still connected). | Aquatic habitat fragmentation due to temperature, blockages, or dewatering is a serious concern (>25% of the historic aquatic habitats are no longer connected). |

With the removal or replacement of culverts in streams, riparian habitat conditions would be substantially improved with noted improvement in overall water quality and stream connectivity. Fish passage would be enhanced or restored at up to 26 road and stream crossings. In total, approximately 27 miles of fish habitat would be accessible through replacement of these 26 fish barrier culverts. If additional culverts are found and removed or replaced throughout the project area, they would also increase fish habitat connectivity as well. With all the aquatic organism passage barriers replaced habitat fragmentation would be improved from **Functioning at Risk** to **Properly Functioning** in the project area.

## 3.2.5 Soil

Detrimental soil conditions would increase to thresholds that are below regional and forest plan soil quality standards. Ground based timber harvest units with grapple piling treatments would approach 18 percent detrimental soil conditions that would recover over the short and long term depending on the degree of site-specific disturbance. Most units of mechanical treatment would remain under 15 percent detrimental soil condition with the majority of the detrimental disturbance from soil compaction followed by soil rutting (conditions defined by Soil-Disturbance Field Guide (Napper et al. 2009)). Soil erosion is not expected to increase in a measurable way. There would be short-term effects to soil function and soil productivity, but overall soil conditions and long-term effects would return to historical and natural range of variability via thinning and prescribed fire treatments.

Watershed restoration treatments would affect watershed function and detrimental soil conditions. Restoration treatments would affect approximately 860 acres and would be enhanced with additional restoration occurring at 29 additional restoration sites. Sites with culvert replacement and stream channel treatments would repair and increase watershed function with little to no increases to detrimental soil conditions. Areas with road decommissioning would be returned to productivity and vertical hydrologic function would be restored. Hydrologic connection of the landscape would be restored over the long term; more than 100 years.

The construction of approximately 11 miles of new system roads would remove approximately 67 acres (estimated 50 feet impact width) from soil productivity for the long term; more than 100 years. A portion of the new system road construction is to move existing roads from streamside management zones. The new system roads would also disconnect hillslopes from hydrologic function across the landscape as the road prism interrupts and diverts horizontal flow of water through the soil. The new system roads would also create areas of detrimental soil erosion as flows are concentrated and then diverted off the road prism. These effects are permanent on the landscape. The effects to soil and watershed function and amount of soil removed from productivity due to the volume of road construction causes concerns for the cumulative effects to the project area. These effects are not significant but approach the threshold for significance.

The construction of 13 miles of new temporary roads would inhibit soil productivity on approximately 47 acres (estimated 30 feet impact width) for the long term; more than 50 years. The new system roads would also disconnect hillslopes from hydrologic function across the landscape as the road prism interrupts and diverts horizontal flow of water through the soil profile. The new temporary roads would also create areas of detrimental soil erosion as flows are concentrated and then diverted off the road prism. These effects are long-term on the landscape; 20 to 100 years depending on site specific attributes.

Road construction would impact approximately 0.35 percent of the project area (114 acres) or approximately 1 percent of the treatment area prescribed for ground-based equipment.

The road decommissioning of 25 miles would restore 121 acres (estimated 40 feet restoration width), with hydrologic function being restored in the short term and detrimental soil conditions being restored in the long term.

There is no prime farmland within the project area.

# 3.3 Social and Economic

## 3.3.1 Heritage Resources

Heritage program management includes attempts to relocate known sites, monitor known sites for damage/deterioration, locate previously unidentified sites, evaluate all sites for National Register of Historic Places eligibility, and preserve/protect the sites. Cultural resource inventories are currently being conducted in the project area and will determine whether any sites within the project area need evaluation for eligibility to the National Register of Historic Places. In the event historic properties remain unevaluated, they will be managed as if eligible.

The Boulder Park Ecological Restoration project would have "no effect" on known heritage resources because by design it would exclude/avoid sites located within the project area. The intent of the heritage design elements is to protect cultural resources and to comply with the National Historic Preservation Act. Some of the design elements (chapter 2.2) and standard practices (appendix A) specifically protect heritage resources from an identified threat; but all of the design elements and standard practices have the overarching objective to eliminate effects from all threats (i.e., recreationists, livestock grazing, timber sale implementation, and fire).

## 3.3.2 Special Uses and Minerals

There are 12 special use authorizations for improvements located within the project area including buried power fiber optic lines, county road easements, one water system, a stream gauging station, a passive reflector, power transmission lines, and access roads. Three of the special use authorizations are cost share roads. There are currently no mineral material pits, leasable minerals, or locatable mining claims or operations located within the project area. A review of the BLM Legacy database found there are no active locatable mining claims listed in the project area.

There would be no impacts (direct, indirect, or cumulative) anticipated with regard to improvements authorized under special use permits or easements if the recommended design elements are implemented. Effectiveness of the measures in avoiding impacts to improvements is expected to be very high and success (ability to implement the measure) would also be very high. Contacting permit holders in advance of project activities would allow them an opportunity to identify the locations of their improvements in the field and would be sufficient to have operators avoid their improvements. Directional felling of trees away from structures such as power distribution lines, and water lines is a standard safety practice and is expected to be followed by contractors. Fuels treatment is generally designed by the Forest Service and would take into account potential hazards such as power lines. There is low probability that locatable mining claims would be located in the project area.

### 3.3.2.1 Air Force Survival School

The United States Air Force operates a Survival School on the Colville National Forest under the terms and conditions of a special use permit issued to the 336th Training Group, Air Education Training Command (Survival School) located at Fairchild Air Force Base. The project area is within the Tacoma Training Area and overlaps the Parker Lake Closure, an area closed to hunting by the Washington

Department of Fish and Wildlife. The closure area provides a safe zone for training to be conducted during the fall and winter hunting seasons.

Short-term effects (3-5 years) of commercial timber harvest, log truck traffic, and prescribed burning would include a temporary loss of vegetation used for survival training (e.g., boughs, poles, branches, and firewood), increased potential for traffic accidents, and potential for safety of survival school personnel to be compromised during prescribed burning operations.

Long-term effects of the project include a healthier forest for long-term use, reduced risk of stand-replacing fire, increased forage production for small game, and a potential increase in available firewood with any residual slash.

No impacts to survival school operations (direct, indirect, or cumulative) are anticipated if the recommended design element in chapter 2.2 is implemented.

### 3.3.3 Economic Health

The following is a summary of the Economic Analysis done for the Boulder Park Ecological Restoration Project (Thornton 2019).

Timber harvest activities can reasonably be expected to result in economic benefits for rural communities. Estimates of direct and indirect jobs per year created from one million board foot (MMBF) of timber harvested in Washington State range from 7.7 to 13.2 direct jobs per MMBF per year and 32.3 to 36.82 indirect jobs per MMBF per year (Mason 2005, Lippke and Mason 2005).

The proposed action would provide economic benefit to the local economy through the harvest of approximately 58 MMBF of timber. Local mills rely partially on wood products supplied by National Forest lands, and the proposed timber harvest would help sustain jobs by providing material to keep the mills operating. Secondary economic benefits would be created from preparation, implementation and administration of logging, thinning, reforestation, and fuels reduction activities. A wide variety of skills and equipment would be required to complete the various treatments.

Table 19. Financial Summary for Timber Sale and Fuels Treatments

| Item | Proposed Action |
|---|---|
| Timber Sale and Related Project Revenues | $14,752,370 |
| Timber Sale and Related Project Costs | $2,406,821 |
| Net Present Value (with associated projects) | $12,345,549 |
| Cost/Benefit Ratio (gross value/ associated costs) | 6.13 |
| MMBF (Volume) | 58.5 |
| Non-timber Related Project Costs | ($2,003,037) |
| Net Present Value of Timber and Non-Timber Projects | $10,342,512 |

The proposed action would provide economic benefit to the local economy through the harvest of approximately 58 MMBF of timber valued at $10,342, 512. Local mills rely partially on wood products supplied by NFS lands, and the proposed timber harvest would help sustain jobs by providing material to keep the mills operating. Approximately $2,003,037 would be spent on harvest costs and non-commercial treatments creating secondary economic benefits from preparation, implementation, and administration of logging, thinning, reforestation, and fuels reduction activities. The proposed action would require a wide variety of skills and equipment to complete. In addition, the economic return from commercial harvest

treatments could be used to aid in monitoring, stand improvement, wildlife, fisheries, recreation, and fuel reduction projects. The level of benefit to local communities would depend on the capacity of local contractors to successfully bid on and execute contracts that would result from these proposed projects.

The CNF regularly provides wood for timber companies and associated industries. Private timber companies would be expected to continue current harvest levels into the future. This project would continue to provide materials needed to support local industry. Therefore, any cumulative effects of this project and other concurrent timber sales would be beneficial by contributing to the Forest's projected timber volume offered for the years the project is active.

### 3.3.4 Recreation

The following is a summary of the Recreation Specialist Report for the Boulder Park Ecological Restoration Project (Berger 2019).

The main recreation activities in the Boulder Park Ecological Restoration Project Area include snowmobiling, dispersed camping, off-highway vehicle (OHV) use and hunting. Other activities include wildlife viewing, berry picking, geocaching, and fishing. The landscape is roaded and modified due to its history of homesteading and timber management. The project area is one of the highest recreation use areas on the Newport-Sullivan Lake Ranger Districts during the summer and fall seasons for dispersed camping. Snowmobiling is very popular on the Calispell Peak, Flodelle-Tacoma, Mill Creek and North Fork Chewelah Creek designated groomed routes. A portion of the Batey-Bould Motorcycle Trail system is also located in this project area.

All proposed vegetation and fuels reduction treatments were analyzed since these activities may affect recreation opportunities. Impacts to camping, fishing, swimming, picnicking, berry picking, hunting, sightseeing, hiking, stock use, mountain biking, geocaching and other dispersed recreation opportunities could occur where harvest and fuels reduction treatments are proposed. The majority of these impacts would be short-term. Short-term impacts would include dust, noise, smoke, congestion from additional commercial traffic, temporary loss of access to favorite hunting, fishing, and berry picking areas, and possibly road closures. Berry picking, hunting, and wildlife viewing may improve after overstory and understory vegetation is removed.

Snow plowing and winter harvest operations associated with this project could reduce the quality and availability of snowmobile routes for use by the public. In turn, this may result in reduced funding for the snowmobile route grooming program. However, as operations that would require snow plowing or interfering with groomed snowmobile routes would not be approved from December 1 through March 31, the potential this could impact funding is minimal. Following project activities, winter recreation opportunities may actually improve as a result of increased spacing between overstory trees would lead to additional snowmobile play opportunities.

Other short-term impacts lasting one to two years include temporary loss of access to some existing dispersed campsites. Since not all harvest units would be active at the same time, access to dispersed camping in general would be minimally affected. In addition, the area has inventoried dispersed campsites that are not in treatment units that would remain available to campers. Work within or adjacent to dispersed camping sites during the primary recreation and hunting season (Memorial Day through November) could impact users through congestion, commercial vehicle traffic, noise, dust, and smoke. In most cases, terrain features and existing vegetation surrounding campsites would reduce these impacts. Safety concerns associated with increased traffic would likely be mitigated with standard signing typically used for harvest and haul traffic activities.

Long-term impacts lasting three or more years would include loss of vegetation and screening surrounding dispersed campsites, through timber harvest or burning. In addition to the short term impacts to dispersed campsites previously discussed, they may also be impacted for several years if used as a landing due to potential compaction, loss of ground vegetation, expansion of the site, scarring of surrounding trees, loss of shade, slash accumulation and scarring from pile burning. Upon completion of proposed treatments, the availability of new dispersed campsites could increase within the project area as a result of openings created through thinning, ladder fuel reduction, and landings.

While there are some changes proposed for roads, overall there would be no net change to roads open to all motorized vehicles including off-highway vehicles. The portions of road systems scheduled for decommissioning are segments which are being moved out of riparian habitat conservation areas. No changes in OHV use patterns, opportunities or experiences are expected from the proposed level of road decommissioning associated with routes currently open to motor vehicles. All roads currently open to OHV use would remain open after the project is completed.

Existing levels of unauthorized OHV cross-country travel and closed road use would likely continue within the project area. Unauthorized OHV use may increase in units where management activities open up the stands adjacent to NFS roads or leave temporary roads and skid trails accessible from open NFS roads. However, vegetative screening would be left along roadways, and temporary roads and skid trails would be effectively closed with native materials. During the project there would be an increase in the number of miles of road with restricted access (closed to motor vehicles), but post project the overall number of miles with restricted access would decrease by about four miles. Overall, improvements to these roads should enhance vehicle access into the project area for dispersed recreation, thereby improving the recreational experience.

Use of the Batey-Bould Trail System for hauling or skidding of materials is expected to be minimal. However, proposed treatments along or across the Batey-Bould Trail System could result in increased trail maintenance needs by opening up remaining stands to higher wind throw potential. In addition, creating openings along the trail with skid trails or harvest could result in increased illegal user-created routes and reduce the visual quality of the trail. Boundary and leave tree markings along the trail could adversely impact the visual quality of the route. If portions of the trail are used for harvest operations, the trail would be restored after project activities are completed. As part of the trail restoration, three or more bridges identified as safety concerns (e.g., rotting structures, stream blockages) would be reconstructed or replaced. Sections of the trail currently causing unacceptable resource impacts (e.g., deep rutting, unauthorized reroutes) would be relocated up to 75 feet from the existing trail.

Compared to the current condition, the fuels reduction and vegetation treatments under the proposed action would:

- Temporarily reduce access to a variety of dispersed recreation opportunities, including the 33 dispersed campsites within the treatment units.

- Temporarily close approximately 21 miles of summer trail and 38 miles of winter trails. In unique circumstances, some winter trails may be approved for use on a case-by-case basis upon coordination with the district recreation specialist and approved by the district ranger for user safety during the implementation of harvest and prescribed burning activities.

- Maintain the existing Scenic Integrity Objectives (referenced as visual quality objectives in the forest plan) for the project area and improves the landscape character, scenic sustainability and resiliency over the long term.

### 3.3.4.1 Cumulative effects

Implementation of the Boulder Park and Timber Mountain Projects simultaneously would restrict access to snowmobiling opportunities within the project area if winter harvest is approved. The two projects are expected to have an overlap of approximately five years. However, design elements restrict winter hauling on groomed snowmobile routes from December 1 through March 31 within the Boulder Park Ecological Restoration Project unless approved by the district ranger. In addition, cross-country travel access may improve as a result of opening up stands and reducing understory through burning. Therefore, cumulative effects to snowmobiling within the project area would likely increase the amount of snowmobiling to occur within the project area until shrubs and trees grew and began filling in open spaces (e.g., 10-15 years).

# 3.4 Past, present, and reasonably foreseeable actions

The following list displays the past actions in the project area that were reflected in current conditions:

- There are 4 miles of existing non-system roads on National Forest System lands. The condition of these roads varies: most have cover (vegetation, litter, wood); some locations have disrupted hydrology.

- Forest Service records show there was commercial harvest in the project area from the 1950s through 2010. Additional commercial treatments occurred in the project area but there is no record of them. The recorded commercial harvests and precommercial thinnings (PCT) by decade include:

  - ◆ 1950s: 345 acres of regeneration harvest.

  - ◆ 1960s: Over 1,000 acres of regeneration harvest.

  - ◆ 1970s: 290 acres of PCT, and over 1,000 acres of regeneration harvest.

  - ◆ 1980s: Four acres of commercial thinning, 477 acres of PCT, and over 1,200 acres of regeneration harvest.

  - ◆ 1990s: 100 acres of commercial thinning, 493 acres of PCT, and over 1,200 acres of regeneration harvest.

  - ◆ 2000s: Over 1,100 acres of commercial thinning, 677 acres of PCT, and over 700 acres of regeneration harvest.

  - ◆ 2010: 625 acres of PCT.

The following is a partial list of relevant present and reasonably foreseeable future actions within the project area and its vicinity. A complete list is available in the project record.

- Special use permit for operation of the U.S. Air Force Survival School.

- Ongoing maintenance of county roads: Calicoma Creek (2373), Cusick Creek (2441), Tacoma Creek (2389), and Ruby Creek (2489).

- Sites with invasive species in and around the project area are planned for eradication via herbicide spraying in the future.

- Firewood gathering by the public. This activity is present and ongoing and includes the cutting and removal of dead trees within 150 feet of open roads.

- Access to, and use of, dispersed recreation sites. There are 76 mapped dispersed recreation sites in the project area, with the majority along county roads Tacoma Creek (C2389) and Cusick Creek

(C2441). All of the sites identified in the project area are categorized as significant[9] in the forest plan.

Active grazing allotments include Ruby Creek and Cusick-Gardiner Creek. The project area also overlaps the Cal-Tac grazing allotment which is currently vacant.

Ruby Creek: Less than 1 percent of the allotment (94 acres of the 28,531-acre allotment) is within the project area. It includes 100 cow/calf pairs.

Cusick-Gardiner: About 93 percent of the allotment (7,645-acres of the 8,225-acre allotment) is within the project area. It includes 29 cow/calf pairs.

# 3.5 Consistency with Laws and Requirements Imposed for Environmental Protection

## 3.5.1 Clean Air Act and Washington State Clean Air Act

The proposed action would adhere to the State of Washington Department of Natural Resources Smoke Management Plan (1998). Burn permits would be obtained for burning activities as per the Smoke Management Plan. The Smoke Management Plan meets the requirements of the Washington State Clean Air Act and the United States Clean Air Act.

## 3.5.2 Clean Water Act

This project complies with the Clean Water Act. There are two 303(d) listed streams in the project area, Cusick Creek and Tacoma Creek. The proposed treatments would maintain or improve the water quality of these creeks. See the aquatics report in the project record for more details.

## 3.5.3 Endangered Species Act

We are currently in consultation with the U.S. Fish and Wildlife Service and expect concurrence that this project as described in the biological evaluation **may affect but is not likely to adversely affect** Canada lynx or grizzly bear and is **not likely to jeopardize the continued existence** of wolverines. The project as proposed would be consistent with forest plan (USDA Forest Service 1988) standards and guidelines for threatened, endangered, and sensitive species and other wildlife, as amended by Lowe (1995), and USDI (2001). The project would be consistent with standards, guidelines, and recommendations in the Grizzly Bear Recovery Plan (USDI Fish and Wildlife Service 1993) and other guidance for grizzly bears (USDI et al. 1986, USDA 2011). The project would be consistent with management recommendations in the Lynx Conservation Assessment and Strategy (Interagency Lynx Biology Team 2013). In addition, the project would adhere closely to management recommendations in existing conservation assessments and other guidance for sensitive wildlife species, as described in the BE and MIS reports. The project should not contribute to a negative trend in the viability of management indicator species or landbirds across the Forest.

## 3.5.4 National Forest Management Act

The National Forest Management Act includes provisions applicable to all projects and requires the following: (a) resource plans and permits, contracts and other instruments shall be consistent with the Forest land management plan (in this case the CNF Land and Resource Management Plan); (b) ensure

---

[9] Significant sites show evidence of use numerous times each season and are typically occupied on weekends and holidays throughout the summer and fall.

consideration of the economic and environmental aspects of management, to provide for outdoor recreation, range, timber, watershed, wildlife, and fish; and (c) provide for diversity of plant and animal communities. All of these considerations and requirements are addressed in this EA and the various resource reports in the project analysis file. Therefore, project actions are consistent with the provisions of the National Forest Management Act.

## 3.5.5 Roadless Area Conservation Rule

There are no Inventoried Roadless Areas within the project area. None of the ongoing or reasonably foreseeable future actions would have cumulative effects that would change the opportunities for roadless area character or scenic integrity.

## 3.5.6 National Historic Preservation Act

The project complies with the National Historic Preservation Act through the proposed design elements and standard practices. Consultation with federally recognized tribes is ongoing.

## 3.5.7 Non-native Invasive Species (Executive Order 13112)

The project includes design elements and standard practices to prevent the introduction of invasive species and to detect and rapidly respond to and control populations.

## 3.5.8 Flood Plains and Wetlands (Executive Orders 11988 and 11990)

Executive Order (EO) 11988 requires the Forest Service to avoid "to the extent possible the long and short term adverse impacts associated with the … occupation … or modification of floodplains…". And, EO 11990 requires the Forest Service to avoid "to the extent possible the long and short term adverse impacts associated with the … destruction or modification of wetlands." The Boulder Park Ecological Restoration Project is consistent with both EO's as it does not propose to occupy or modify any floodplain or destroy or modify any wetland. Pre-decisional Administrative Review Process

This project is subject to pre-decisional administrative review consistent with the Consolidated Appropriations Act of 2012 (Pub. L. 112-74) as implemented by subparts A and C of 36 CFR Part 218."

## 3.5.9 Land Use (prime farm or rangeland)

There is no prime farmland or rangeland within the project boundary.

## 3.5.10 Effects on Consumers, Minority Groups, Women, Civil Rights, and Environmental Justice

This section is based on information from the U.S. Census and from IDT member input. No adverse effects to consumers or civil rights were identified through the effects analysis. The proposed action was assessed to determine if it would disproportionately impact minority or low-income residents of Pend Oreille County in accordance with E.O. 12898. Approximately 16 percent of the people in Pend Oreille County have an income that is below the federal poverty level (U.S. Census 2016). Low income residents use the Colville National Forest for recreation, to gather forest products, hunt, and fish. There is no evidence that low-income people use the project area disproportionately when compared to other people. Further, the proposed action maintains access for these activities. Minority communities or low-income people would be disproportionately affected.

# 4. Agencies and Persons Consulted

The opportunity for public participation in the analysis of this project was initiated through a scoping letter sent to the public, including adjacent landowners, Federal, State, and local agencies, Tribes, Northeast Washington Forestry Coalition, and other non-Forest Service persons and interested parties on April 12, 2018; at public collaboration meetings (at the Kalispel Tribe's Camas Wellness Center on January 25, 2018, and at the Newport Ranger District office on July 27, 2018); and listing in the Colville National Forest's Projects Publication (first published April 17, 2018 through the present).

The Forest Service consulted the following individuals, Federal, State, tribal, and local agencies during the development of this environmental assessment:

## 4.1 Federal, State, and Local Agencies

The U.S Fish and Wildlife Service, the U.S. Air Force, Washington State Department of Natural Resources, Washington Department of Fish and Wildlife, Pend Oreille and Stevens Counties.

## 4.2 Tribes

The Kalispel Tribe, the Confederated Tribes of the Colville Reservation, and the Spokane Tribe

## 4.3 Others

The Forest Service provided information on this project to over 100 individuals who are identified on the project mailing list, located in the project file. This list includes OHV groups, grazing permittees, environmental groups, and other interested parties.

1

### <u>CERTIFICATE OF SERVICE</u>

2

I hereby certify that on February 11, 2025, I electronically filed the foregoing with the

3

Clerk of the Court using the CM/EMF system, which will send notification of this filing to all

4

counsel of record.

5

*s/ Claire Loebs Davis*
Claire Loebs Davis

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23