ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

HAYLEY A. CARPENTER (CA Bar No. 312611)
LAWRENCE K. PITTMAN (GA Bar No. 568134)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0242 (Carpenter)
(202) 305-0420 (Pittman)
hayley.carpenter@usdoj.gov
Lawrence.pittman@usdoj.gov

RICHARD R. BARKER
Acting United States Attorney

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff,<br><br>v.<br><br>U.S. FOREST SERVICE, JOSHUA WHITE, in his official capacity as Forest Supervisor of the Colville National Forest; and CARIN VADALA, in her official capacity as Newport-Sullivan Lake District Ranger<br><br>Defendants. | Case No. 2:24-cv-00157-RLP<br><br>**DEFENDANTS' NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Defendants—the United States Forest Service; Joshua White, in his official capacity as Forest Supervisor of the Colville National Forest; and Carin Vadala, in her official capacity as Newport-Sullivan Lake District Ranger—hereby appeal this Court's September 16, 2025 Order and Judgment, ECF Nos. 59, 60, to the United States Court of Appeal for the Ninth Circuit.

Respectfully submitted this 13th day of November, 2025.

ADAM R.F. GUSTAFSON
Acting Assistant Attorney General
United States Department of Justice
Environment & Natural Resources Division

/s/ *Hayley A. Carpenter*
HAYLEY A. CARPENTER (CA Bar No. 312611)
LAWRENCE K. PITTMAN (GA Bar No. 568134)
Trial Attorneys
Natural Resources Section
P.O. Box 7611
Washington, DC 20044
(202) 305-0242 (Carpenter)
(202) 305-0420 (Pittman)
hayley.carpenter@usdoj.gov
lawrence.pittman@usdoj.gov

RICHARD R. BARKER
Acting United States Attorney

*Attorneys for Defendants*