Claire Loebs Davis
ANIMAL & EARTH ADVOCATES, PLLC
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com
*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

ALLIANCE FOR THE WILD ROCKIES,

Plaintiff,

v.

U.S. FOREST SERVICE; JOSHUA WHITE, in his official capacity as Forest Supervisor of the Colville National Forest; and CARIN VADALA, in her official capacity as Newport-Sullivan Lake District Ranger.

Defendants.

Case No. 2:24-cv-00157-RLP

**PLAINTIFF'S NOTICE OF CROSS-APPEAL**

PLEASE TAKE NOTICE that Plaintiff Alliance for the Wild Rockies hereby cross-appeals this Court's September 16, 2025 Order and Judgment, ECF Nos. 59 and 60, to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted this 26th day of November 2025.

ANIMAL & EARTH ADVOCATES PLLC

/s/ *Claire Loebs Davis*
Claire Loebs Davis
20520 105th Ave., SW
Vashon, WA 98070
Tel: (206) 601-8476
claire@animalearthlaw.com
*Attorney for Plaintiff*