UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

FEB 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>Defendants - Appellants. | No. 25-7201<br><br>D.C. No. 2:24-cv-00157-RLP<br>Eastern District of Washington, Spokane<br><br>ORDER |
| ALLIANCE FOR THE WILD ROCKIES,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>UNITED STATES FOREST SERVICE; et al.,<br><br>Defendants - Appellees. | No. 25-7488<br><br>D.C. No. 2:24-cv-00157-RLP<br>Eastern District of Washington, Spokane |

The motion (Docket Entry No. 11) for voluntarily dismiss of No. 25-7201 only is granted. Appeal No. 25-7201 is dismissed. *See* Fed. R. App. P. 42(b). This order serves as the mandate of the court as to No. 25-7201 only.

Appeal No. 25-7488 remains pending. The opening brief is due March 9, 2026. The answering brief is due April 8, 2026. The optional reply brief is due 21 days after the answering brief is served.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT